IN THE UNTIED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 FEB -8 P 3: 51
...RA P. HACKETT, CL...
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| AUTO-OWNERS INSURANCE COMPANY, a mutual insurance company incorporated in the State of Michigan,<br><br>     Plaintiff,<br><br>v.<br><br>JACK J. RUSCH, an individual; and BARBOUR COUNTY HISTORICAL PRESERVATION AUTHORITY, a corporation;<br>     Defendants. | CIVIL ACTION NO.: 2:06CV123-T |

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

**COMES NOW**, Plaintiff, Auto-Owners Insurance Company, and files its corporate disclosure statement of all parent companies, subsidiaries and affiliates. Auto-Owners Insurance Company is a mutual insurance company incorporated under the laws of the State of Michigan with its principal place of business in the State of Michigan. Affiliated companies include Auto-Owners Life Insurance Company, Home-Owners Insurance Company, Owners Insurance Company, Property-Owners Insurance Company, and Southern-Owners Insurance Company. None are publically traded companies.

Dated this the 8th day of February, 2006.

_____
ROGER S. MORROW (MOR032)

_____
JOEL H. PEARSON(PEA019)
Attorneys for Plaintiff
Auto-Owners Insurance Company

OF COUNSEL:

MORROW, ROMINE & PEARSON, P. C.
122 South Hull Street
P. O. Box 4804
Montgomery, Alabama 36103-4804
Telephone:  (334) 262-7707
Facsimile:   (334) 262-7742


    I hereby certify that a copy of the above and foregoing Plaintiff's Corporate Disclosure Statement was served upon the following along with the summons and complaint:

    Barbour County Historical Preservation
    Authority
    c/o Walter Calton
    P.O. Box 696
    Eufaula, Alabama 36027

    Mr. Jack J. Rusch
    104 East Broad Street
    Eufaula, Alabama 36027

    Mr. Jack J. Rusch
    400 Rusch Road
    Antigo, Wisconsin 54409-2957


Dated this the ___8th___ day of ___February_____, 2006.

_____
OF COUNSEL

2