# United States District Court

__MIDDLE__ DISTRICT OF __ALABAMA__

AUTO-OWNERS INSURANCE COMPANY,
a mutual insurance company incorporated in
the State of Michigan,

    Plaintiff,

V.

JACK J. RUSCH, an individual; and BARBOUR
COUNTY HISTORICAL PRESERVATION
AUTHORITY, a corporation,

    Defendants.

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 2:06CV123-MHT

TO: (Name and address of defendant)

Barbour County Historical Preservation
Authority
c/o Walter Calton
P.O. Box 696
Eufaula, Alabama 36027

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Roger S. Morrow
Joel H. Pearson
MORROW, ROMINE & PEARSON, P.C.
P.O. Box 4804
Montgomery, AL 36103-4804

an answer to the complaint which is herewith served upon you, within __Twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                          2-9-06
CLERK                                                        DATE

Charlene Campbell
(BY) DEPUTY CLERK

# United States District Court

__MIDDLE__ DISTRICT OF __ALABAMA__

AUTO-OWNERS INSURANCE COMPANY,
a mutual insurance company incorporated in
the State of Michigan,

    Plaintiff,

v.

JACK J. RUSCH, an individual; and BARBOUR
COUNTY HISTORICAL PRESERVATION
AUTHORITY, a corporation,

    Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 2:06CV123-MHT

TO: (Name and address of defendant)

Mr. Jack J. Rusch
104 East Broad Street
Eufaula, Alabama 36027

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Roger S. Morrow
Joel H. Pearson
MORROW, ROMINE & PEARSON, P.C.
P.O. Box 4804
Montgomery, AL 36103-4804

an answer to the complaint which is herewith served upon you, within __Twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_

**CLERK**

(BY) DEPUTY CLERK _Charlene Campbell_

DATE 2-9-06

# United States District Court

__MIDDLE__ DISTRICT OF __ALABAMA__

AUTO-OWNERS INSURANCE COMPANY,
a mutual insurance company incorporated in
the State of Michigan,

Plaintiff,

v.

JACK J. RUSCH, an individual; and BARBOUR
COUNTY HISTORICAL PRESERVATION
AUTHORITY, a corporation,

Defendants.

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 2:06CV123-MHT

TO: (Name and address of defendant)

Mr. Jack J. Rusch
400 Rusch Road
Antigo, Wisconsin 54409-2957

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Roger S. Morrow
Joel H. Pearson
MORROW, ROMINE & PEARSON, P.C.
P.O. Box 4804
Montgomery, AL 36103-4804

an answer to the complaint which is herewith served upon you, within ____Twenty (20)____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                    2-9-06
**CLERK**                             **DATE**

*Charlene Campbell*
**(BY) DEPUTY CLERK**