| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits.<br><br>**Barbour County Historical Prservation Authority**<br>**c/o Walter Calton**<br>**P.O. Box 696**<br>**Eufaula, Alabama 36027**<br><br>06 cv 123 | A. Signature  2/10/06<br>X [signature] Mancill    □ Agent  □ Addressee<br>B. Received by (Printed Name) Mancill    C. Date of Delivery<br>D. Is delivery address different from item 1?  □ Yes<br>If YES, enter delivery address below:  □ No<br><br>3. Service Type<br>☒ Certified Mail   □ Express Mail<br>□ Registered      ☒ Return Receipt for Merchandise<br>□ Insured Mail    □ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☒ Yes |
| 2. Article Number (Transfer from service label)  7000 0600 0027 9310 8294 | |
| PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540 | |

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits.<br>1. Article Addressed to:<br><br>**Mr. Jack J. Rusch**<br>**104 East Broad Street**<br>**Eufaula, Alabama 36027**<br><br>06 cv 123 | A. Signature<br>X [signature]    □ Agent  □ Addressee<br>B. Received by (Printed Name)    C. Date of Delivery<br>D. Is delivery address different from item 1?  □ Yes<br>If YES, enter delivery address below:  □ No<br><br>3. Service Type<br>☒ Certified Mail   □ Express Mail<br>□ Registered      ☒ Return Receipt for Merchandise<br>□ Insured Mail    □ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☒ Yes |
| 2. Article Number (Transfer from service label)  7000 0600 0027 9310 8300 | |
| PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540 | |