| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY | | |
|---|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Jim Hodg____ | ☐ Agent<br>☐ Addressee | |
| | B. Received by (*Printed Name*)<br>_Jerry Hodges_ | C. Date of Delivery<br>2-13-06 | |
| 1. Article Addressed to:<br><br>Mr. Jack J. Rusch<br>400 Rusch Road<br>Antigo, Wisconsin 54409-2957<br><br>06CV123 | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:    ☐ No | | |
| | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered     ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D. | | |
| | 4. Restricted Delivery? (*Extra Fee*)         ☒ Yes | | |
| 2. Article Number<br>(*Transfer from service label*) | 7000  0600  0027  9310  8287 | | |
| PS Form 3811, February 2004 | Domestic Return Receipt | 102595-02-M-1540 | |