IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| AUTO-OWNERS INSURANCE COMPANY, etc., )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>JACK J. RUSCH and )<br>BARBOUR COUNTY HISTORICAL )<br>PRESERVATION AUTHORITY, )<br>a Corporation, )<br>)<br>    Defendants. ) | CIVIL ACTION NO.<br>2:06cv123-MHT |

ORDER

It is ORDERED that the motion to dismiss (doc. no. 6) is set for submission, without oral argument, on April 14, 2006, with all briefs due by said date.

DONE, this the 30th day of March, 2006.

                                           /s/ Myron H. Thompson
                                       UNITED STATES DISTRICT JUDGE