IN THE UNTIED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 APR 13  P 4: 38

P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT AL.

| | |
|---|---|
| AUTO-OWNERS INSURANCE COMPANY, a mutual insurance company incorporated in the State of Michigan,<br><br>Plaintiff,<br><br>v.<br><br>JACK J. RUSCH, an individual; and BARBOUR COUNTY HISTORICAL PRESERVATION AUTHORITY, a corporation;<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO.: 2:06-cv-123-MHT<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## REPORT OF PARTIES' PLANNING MEETING

1.  Pursuant to Fed.R.Civ.P. 26(f), a meeting was held by counsel for the parties for the purposes of making the following report to the Court:

    A.  For The Plaintiff, Auto-Owners Insurance Company:

        Roger S. Morrow
        Joel H. Pearson
        Morrow, Romine & Pearson, P.C.
        122 South Hull Street
        P.O. Box 4804
        Montgomery, Alabama 36103-4804

    B.  For The Defendant, Barbour County Historical Preservation Authority:

        Walter B. Calton
        P.O. Box 696
        Eufaula, Alabama 36027

      C.    For the Defendant, Jack J. Rusch:

      Unknown at this time

2.    Pre-Discovery Disclosures. The parties will exchange by May 14, 2006, the information required by Fed.R.Civ.P. 26(a)(1).

3.    Discovery Plan. The parties jointly propose to the court the following discovery plan:

Discovery will generally be needed on the insurance coverage issues involving the policy(ies) issued by Auto-Owners Insurance Company and all aspects of the claims asserted by Jack J. Rusch in the underlying civil action pending in the Circuit Court for Barbour County, Alabama, Eufaula Division, Case No.: CV-05-93.

All discovery commenced in time to be completed by November 17, 2006.

Maximum of 45 interrogatories by each party to any other party. Responses due 30 days after service.

Maximum of 30 requests for production of documents by each party to any other party. Responses due 30 days after service.

Maximum of 15 requests for admission by each party to any other party. Responses due 30 days after service.

Maximum of 5 depositions (excluding experts) by plaintiff and 5 by defendant unless otherwise agreed by the parties. Each deposition is limited to a maximum of 4 hours unless extended by agreement of the parties.

Reports from retained experts under Rule26(a)(2) due:

from plaintiff(s) by August 30, 2006.

from defendant(s) by October 15, 2006.

Any party shall be allowed thirty days in which to identify rebuttal expert(s) following the identification of expert witness(es) by another party.

4. Other Items.

The parties do not request a conference with the court before entry of the scheduling order.

The parties request a pretrial conference in January, 2007.

Plaintiff shall be allowed until July 17, 2006 to join additional parties and amend the pleadings.

All potentially dispositive motions should be filed by November 28, 2006.

Settlement may be enhanced by the use of alternative dispute resolution procedures, but cannot be evaluated until the completion of discovery on November 28, 2006.

Final lists of witnesses (excluding experts) and exhibits under Rule 26(a)(3) due by no later than 30 days prior to trial.

Parties shall have 14 days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

The parties to this non-jury action request that this case be tried in Montgomery during the Court's February 26, 2007 trial term, and at this time is expected to take approximately one to two days.

Date: _April 13, 2006_

_(signature)_
ROGER S. MORROW, MOR032
JOEL H. PEARSON, PEA019
Attorneys for Plaintiff, Auto-owners Insurance Company

OF COUNSEL:

MORROW, ROMINE & PEARSON, P.C.
122 South Hull Street
P.O. Box 4804
Montgomery, Alabama 36103-4804
Telephone: (334) 262-7707
Facsimile: (334) 262-7742

_(signature)_
WALTER B. CALTON, CAL036
Attorney for Defendant, Barbour County Historical Preservation Authority

OF COUNSEL:

P.O. Box 696
Eufaula, Alabama 36027
Telephone: (334) 687-2407
Facsimile: (334) 687-2466