IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| AUTO-OWNERS INSURANCE CO., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 2:06cv123-MHT |
| JACK J. RUSCH, et al., | ) ) | |
| Defendants. | ) | |

ORDER

It is ORDERED that defendant Barbour County Historic Preservation Authority's motion to dismiss (Doc. No. 6) is set for on-the-record oral argument on April 19, 2006, at 9:00 a.m.  Counsel for plaintiff is to arrange for the argument to be conducted by telephone.

DONE, this the 17th day of April, 2006.

　　　　　　　　　　　　　　　　 /s/ Myron H. Thompson
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE