## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 4-12-06 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Lonnie Foster | Private Inv. |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 462 County Road 75 Cottonwood, Ala.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4-12-06
             Date

Signature of Server: Lonnie Foster

Address of Server: 182 Piney Woods Circle

**RETURNED AND FILED**

APR 18 2006

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# United States District Court

MIDDLE DISTRICT OF ALABAMA

AUTO-OWNERS INSURANCE COMPANY,
a mutual insurance company incorporated in
the State of Michigan,

    Plaintiff,

V.

JACK J. RUSCH, an individual; and BARBOUR
COUNTY HISTORICAL PRESERVATION
AUTHORITY, a corporation,

    Defendants.

ALIAS

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 2:06-CV-123-MHT

TO: (Name and address of defendant)

Mr. Jack J. Rusch
462 County Road 75
Eufaula, AL 36027-6409

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Roger S. Morrow
Joel H. Pearson
MORROW, ROMINE & PEARSON, P.C.
P.O. Box 4804
Montgomery, AL 36103-4804

an answer to the complaint which is herewith served upon you, within ____Twenty (20)____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_            April 11, 2006
CLERK                                      DATE

[signature]

(BY) DEPUTY CLERK