# **MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON.   MYRON H. THOMPSON,   JUDGE          AT    MONTGOMERY,   ALABAMA

DATE COMMENCED   APRIL 19, 2006           AT        9:01        A.M./P.M.

DATE COMPLETED   APRIL 19, 2006           AT        9:08        A.M./P.M.

```
AUTO-OWNERS INSURANCE COMPANY         )
                                      )
        Plaintiff                     )
                                      )
    v                                 )   CA No. 2:06-cv-123-MHT
                                      )
JACK J. RUSCH                         )
BARBOUR COUNTY HISTORICAL             )
PRESERVATION AUTHORITY                )
                                      )
        Defendants                    )
```

| PLAINTIFF(S)/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
|  | X |  |
| Atty Joel Hartley Pearson | X | Atty Walter Calton (Barbour Co) |
|  | X |  |
|  | X |  |
|  | X |  |

COURT OFFICIALS PRESENT:

| David Sapp, | Sheila Carnes, | Mitchell Reisner, |
| Law Clerk | Courtroom Clerk | Court Reporter |

PROCEEDINGS:

( ) NONJURY TRIAL
(x) OTHER PROCEEDING:   ORAL ARGUMENT


9:01 a.m.     Oral argument re defendant Barbour County's motion to
              dismiss (dn 6) commenced by telephone.
       I      Service of defendant Rusch - Plaintiff's representation
              that service has been perfected and notice of service
              was filed yesterday.
       II     Motion to dismiss - Parties' oral stipulation to be
              bound by declaratory judgment issued by this Court.
              Order will issue granting motion to dismiss, as stated
              on the record.
       III    Defendant Rusch - Counsel has not yet appeared for
              defendant Rusch.
9:08 a.m.     Hearing concluded.