IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| AUTO-OWNERS INSURANCE COMPANY, a mutual insurance company incorporated in the State of Michigan,<br><br>    Plaintiff,<br><br>v.<br><br>JACK J. RUSCH, an individual; and BARBOUR COUNTY HISTORICAL PRESERVATION AUTHORITY, corporation;<br><br>    Defendants. | Civil Action No. 2:06-cv-123-MHT |

ENTRY OF DEFAULT

It appearing that defendant Jack J. Rusch, was duly served with a copy of the summons and complaint on April 12, 2006, and said defendant has failed to answer or otherwise defend this action, as required by law, as set out in the application filed herein on May 9, 2006, by plaintiff's attorney.

DEFAULT is hereby entered against said defendant, Jack J. Rusch.

DONE THIS 16th day of   May, 2006  .

/s/ Debra P. Hackett

DEBRA P. HACKETT
CLERK, UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA