IN THE UNTIED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 JUN 27 P 4: 26

DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| AUTO-OWNERS INSURANCE COMPANY, a mutual insurance company incorporated in the State of Michigan, <br><br> Plaintiff, <br><br> v. <br><br> JACK J. RUSCH, an individual; and BARBOUR COUNTY HISTORICAL PRESERVATION AUTHORITY, a corporation; <br><br> Defendants. | ) ) ) ) ) ) ) ) ) CIVIL ACTION NO.: 2:06-cv-123-MHT ) ) ) ) ) ) ) ) |

## EVIDENTIARY SUBMISSION OF PLAINTIFF, AUTO-OWNERS INSURANCE COMPANY IN SUPPORT OF PLAINTIFF'S MOTION FOR JUDGMENT BY DEFAULT

**COMES NOW** Plaintiff, Auto-Owners Insurance Company (Auto-Owners), and files its Evidentiary Submission in Support of its Motion for Judgment by Default filed contemporaneously herewith in this cause as follows, to wit:

1. The complaint filed in the underlying action in the Circuit Court for Barbour County, Alabama, Eufaula Division styled <u>Barbour County Historical Preservation Authority v. Jack J. Rusch et al.</u>, Civil Action No.: CV-05-93, a true and correct copy of which is attached hereto as Exhibit "1".

2. The certified copy of the Auto-Owners Tailored Protection Insurance Policy for the policy term 03-09-95 to 03-09-96 attached hereto as Exhibit "2".

3. The certified copy of the Auto-Owners Tailored Protection Insurance Policy

for the policy term 03-09-96 to 03-09-97 attached hereto as Exhibit "3".

4. The certified copy of the Auto-Owners Tailored Protection Insurance Policy for the policy term 03-09-97 to 03-09-98 attached hereto as Exhibit "4".

5. The certified copy of the Auto-Owners Tailored Protection Insurance Policy for the policy term 03-09-98 to 03-09-99 attached hereto as Exhibit "5".

6. The certified copy of the Auto-Owners Tailored Protection Insurance Policy for the policy term 03-09-99 to 03-09-00 attached hereto as Exhibit "6".

7. The certified copy of the Auto-Owners Tailored Protection Insurance Policy for the policy term 03-09-00 to 03-09-01 attached hereto as Exhibit "7".

8. The certified copy of the Auto-Owners Tailored Protection Insurance Policy for the policy term 03-09-01 to 03-09-02 attached hereto as Exhibit "8".

9. The certified copy of the Auto-Owners Tailored Protection Insurance Policy for the policy term 03-09-02 to 03-09-03 attached hereto as Exhibit "9".

10. The certified copy of the Auto-Owners Tailored Protection Insurance Policy for the policy term 03-09-03 to 03-09-04 attached hereto as Exhibit "10".

11. The certified copy of the Auto-Owners Tailored Protection Insurance Policy for the policy term 03-09-04 to 03-09-05 attached hereto as Exhibit "11".

12. The certified copy of the Auto-Owners Tailored Protection Insurance Policy for the policy term 03-09-05 to 03-09-06 attached hereto as Exhibit "12".

13. The district court opinion and appellate court opinion in <u>Auto-Owners Ins. Co. v. Gilland-Wyant Imports, Inc.</u>, Civil Action No. 99-A-403-S (M.D. Ala. Mar. 20, 2000), aff'd unpublished opinion, 247 F. 3d 248 (11th Cir. 2001) attached hereto as Exhibit "13".

14. Auto-Owners adopts by reference as if fully set forth Auto-Owners' Request for Clerk's Entry of Default and the exhibits thereto (Doc. 17), and the Clerk's Entry thereof. (Doc. 18).

Dated this the 27th day of June, 2006.

_____
ROGER S. MORROW, MOR032

_____
JOEL H. PEARSON, PEA019
Attorneys for Plaintiff, Auto-Owners Insurance Company

OF COUNSEL:

MORROW, ROMINE & PEARSON, P.C.
122 South Hull Street
P.O. Box 4804
Montgomery, Alabama 36103-4804
Telephone: (334) 262-7707
Facsimile: (334) 262-7742

## CERTIFICATE OF SERVICE

    I hereby certify that I have served a copy of the foregoing document upon the following by placing a copy of same in the United States mail, first class postage prepaid on this the 27th day of June, 2006.

Mr. Jack J. Rusch
114 North Eufaula Avenue
Eufaula, AL 36027

Mr. Jack J. Rusch
400 Rusch Road
Antigo, WI 54409-2957

Mr. Jack J. Rusch
104 East Broad Street
Eufaula, AL 36027

_____
Of Counsel

4