# EXHIBIT "2"

PAGE   1
MICROFICHE COPY

55039 (11-87)

TAILORED PROTECTION POLICY DECLARATIONS

ISSUED 02-14-1995
RENEWAL EFFECTIVE 03-09-1995

POLICY NUMBER 85Z3Y7-0702I279-95

12:01 A.M. POLICY TERM
03-09-1995  TO  12:01 A.M.
03-09-1996

AUTO-OWNERS
INSURANCE COMPANY
6101 ANACAPRI BLVD., LANSING, MI 48917-3999

AGENCY    WAIDELICH INSURANCE GROUP
          33-0081-00
INSURED   JACK ROUSCH
          DBA BLUFF CITY INN
ADDRESS   PO BOX 33
          ANTIGO, WI 54409-0033

IN CONSIDERATION OF PAYMENT OF THE PREMIUM SHOWN BELOW, THIS POLICY IS RENEWED.
DECLARATIONS AND ATTACHMENTS TO YOUR POLICY. IF YOU HAVE ANY QUESTIONS, PLEASE CONSULT WITH YOUR AGENT.
PLEASE ATTACH THIS

COMMON POLICY INFORMATION

BUSINESS DESCRIPTION:  PROPERTY OWNER
ENTITY:  INDIVIDUAL

| | PREMIUM |
|---|---|
| THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PART(S). | |
| THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT. | |
| COMMERCIAL GENERAL LIABILITY COVERAGE | $689.00 |
| TOTAL | $689.00 |

FORMS THAT APPLY TO ALL COVERAGE PARTS FOR WHICH A PREMIUM IS SHOWN ABOVE
55000 (01-87)  55056 (07-87)

COUNTERSIGNED BY:

2000000000000689

02-15-1994

I certify that this policy was assembled from
available records as a representation of coverage
that was in effect for the policy period shown.

Notary Public _Lynn L. Wells_
Signed before me on this _21st_
day of _August_ 20 _05_
in the county of Eaton

JENNIFER LYNN WELLS
Notary Public, Ingham Co., MI
My Comm. Expires July 6, 2007

58-1 CPI11 LP16 (32 x 64)

```
55040 (11/87)
```

TAILORED PROTECTION POLICY DECLARATIONS
ISSUED 02-14-1995
RENEWAL EFFECTIVE 03-09-1995
POLICY NUMBER 852317-07021279-95

PAGE 1
MICROFICHE COPY

AUTO-OWNERS INSURANCE COMPANY
6101 ANACAPRI BLVD., LANSING, MI 48917-3999

AGENCY    WAIDELICH INSURANCE GROUP
INSURED   JACK KOCH
          DBA BLUFF CITY INN
ADDRESS   PO BOX 33
          ANTIGO, WI 54409-0033

POLICY TERM
12:01 A.M. 03-09-1995 TO 03-09-1996

IN CONSIDERATION OF PAYMENT OF THE PREMIUM SHOWN BELOW, THIS POLICY IS RENEWED. PLEASE ATTACH THIS DECLARATIONS AND ATTACHMENTS TO YOUR POLICY. IF YOU HAVE ANY QUESTIONS PLEASE CONSULT WITH YOUR AGENT.

COMMERCIAL GENERAL LIABILITY COVERAGE

LIMITS OF INSURANCE
GENERAL AGGREGATE LIMIT                              $500,000
(OTHER-THAN-PRODUCTS-COMPLETED OPERATIONS)
PERSONAL AND ADVERTISING INJURY LIMIT                500,000
EACH OCCURRENCE LIMIT                                500,000    ANY ONE FIRE
FIRE DAMAGE LIMIT                                      5,000    ANY ONE PERSON
MEDICAL EXPENSE LIMIT

*GENERAL AGGREGATE LIMIT SHOWN ABOVE, IS REINSTATED ONCE PER POLICY PERIOD AT NO ADDITIONAL CHARGE, IN ACCORDANCE WITH FORM 55050.

AUDIT TYPE: NON-AUDITED

FORMS THAT APPLY:
55050

LOCATION OF PREMISES YOU OWN, RENT OR OCCUPY
LOC 001 BLDG 001 114 N EUFAULA AVE
        EUFAULA, AL 36027
TERRITORY: 003   COUNTY: BARBOUR

| CLASSIFICATION | SUBLINE | PREMIUM BASIS | RATES | PREMIUM |
|---|---|---|---|---|
| BUILDING OR PREMISES CODE 61212 OR OFFICE - MERCANTILE BANK MANUFACTURING(LESSOR'S RISK ONLY) AND/OR PRODUCTS AND/OR COMPLETED OPERATIONS (FOR PROFIT) | PREM/OP | AREA   5,300 | EACH 1000 22.791 | $121.00 |

LOCATION 001 PREMIUM                                              $121.00

LOCATION OF PREMISES YOU OWN, RENT OR OCCUPY
LOC 002 BLDG 001 103 N EUFAULA AVE
        EUFAULA, AL 36027
TERRITORY: 003   COUNTY: BARBOUR

| CLASSIFICATION | SUBLINE | PREMIUM BASIS | RATES | PREMIUM |
|---|---|---|---|---|
| WAREHOUSES-PRIVATE-INCLUDING PRODUCT CODE 68706 AND/OR COMPLETED OPERATIONS (FOR PROFIT) | PREM/OP | AREA   9,300 | EACH 1000 24.572 | $229.00 |

LOCATION 002 PREMIUM                                              $229.00

PAGE 2
MICROFICHE COPY

55040 (11/87)

TAILORED PROTECTION POLICY DECLARATIONS
RENEWAL EFFECTIVE 03-09-1995
ISSUED 02-14-1995

POLICY NUMBER 85231 7-0702 1279-95

AUTO-OWNERS
INSURANCE COMPANY
6101 ANACAPRI BLVD., LANSING, MI 48917-3999

AGENCY    W41081-00
          WAIDELICH INSURANCE GROUP
INSURED   JACK J RUSCH
          DBA BLUFF CITY INN
ADDRESS   PO BOX 33
          ANTIGO, WI 54409-0033

|          | POLICY TERM |
|----------|-------------|
| 12:01 A.M. TO 12:01 A.M. |
| 03-09-1995  03-09-1996 |

IN CONSIDERATION OF PAYMENT OF THE PREMIUM SHOWN BELOW, THIS POLICY IS RENEWED. PLEASE ATTACH THIS DECLARATIONS AND ATTACHMENTS TO YOUR POLICY. IF YOU HAVE ANY QUESTIONS, PLEASE CONSULT WITH YOUR AGENT.

LOCATION OF PREMISES YOU OWN, RENT OR OCCUPY
LOC 003  BLDG 001  115 BROAD ST
                   EUFAULA, AL 36027
TERRITORY: 003  COUNTY: BARBOUR

| CLASSIFICATION | SUBLINE | PREMIUM BASIS | RATES | PREMIUM |
|---|---|---|---|---|
| BUILDING OR PREMISES CODE 61212 OR OFFICE- MERCANTILE OR MANUFACTURING (LESSOR'S RISK ONLY) OPERATIONS AND/OR COMPLETED (FOR-PROFIT) | PREM/OP | AREA 2,050 | EACH 1000 22.791 | $47.00 |

LOCATION 003 PREMIUM $47.00

LOCATION OF PREMISES YOU OWN, RENT OR OCCUPY
LOC 004  BLDG 001  104 BROAD ST
                   EUFAULA, AL 36027
TERRITORY: 003  COUNTY: BARBOUR

| CLASSIFICATION | SUBLINE | PREMIUM BASIS | RATES | PREMIUM |
|---|---|---|---|---|
| BUILDING OR PREMISES CODE 61212 OR OFFICE- MERCANTILE OR MANUFACTURING (LESSOR'S RISK ONLY) OPERATIONS AND/OR COMPLETED (FOR-PROFIT) | PREM/OP | AREA 10,000 | EACH 1000 22.791 | $228.00 |

LOCATION 004 PREMIUM $228.00

LOCATION OF PREMISES YOU OWN, RENT OR OCCUPY
LOC 005  BLDG 001  118 N EUFAULA AVE
                   EUFAULA, AL 36027
TERRITORY: 003  COUNTY: BARBOUR

| CLASSIFICATION | SUBLINE | PREMIUM BASIS | RATES | PREMIUM |
|---|---|---|---|---|
| BUILDING OR PREMISES CODE 61212 OR OFFICE- MERCANTILE OR MANUFACTURING (LESSOR'S RISK ONLY) OPERATIONS AND/OR COMPLETED (FOR-PROFIT) | PREM/OP | AREA 2,800 | EACH 1000 22.791 | $64.00 |

LOCATION 005 PREMIUM $64.00

HO3

55056 (07-87)

PAGE
MICROFICHE COPY

TAILORED PROTECTION POLICY ISSUED 02-14-1995
RENEWAL EFFECTIVE 03-09-1995
POLICY NUMBER 852317-07081279-95

12:01 A.M. TO 12:01 A.M.
POLICY TERM
03-09-1995 TO 03-09-1996

AUTO-OWNERS
INSURANCE COMPANY
6101 ANACAPRI BLVD., LANSING, MI 48917-3999

AGENCY     HAIDELICH INSURANCE GROUP
INSURED    JACK J. RUSCH
           DBA BLUFF CITY INN
ADDRESS    PO BOX 33
           ANTIGO, WI 54409-0033

IN CONSIDERATION OF PAYMENT OF THE PREMIUM SHOWN BELOW, THIS POLICY IS RENEWED. PLEASE ATTACH THIS
DECLARATIONS AND ATTACHMENTS TO YOUR POLICY. IF YOU HAVE ANY QUESTIONS, PLEASE CONSULT WITH YOUR AGENT.

CG2144-LIMITATION OF COVERAGE SUPPLEMENTAL DECLARATIONS
         TO DESIGNATED PREMISES
    103 N EUFAULA AVE, EUFAULA, AL
    105 N EUFAULA AVE, EUFAULA, AL
    105 BROAD ST, EUFAULA, AL
    104 BROAD ST, EUFAULA, AL
    108 N EUFAULA AVE, EUFAULA, AL

MICROFICHE COPY

AUTO-OWNERS
INSURANCE COMPANY
6101 ANACAPRI BLVD., LANSING, MI 48917-3999

TAILORED PROTECTION POLICY DECLARATIONS
ISSUED 02-14-1995
RENEWAL EFFECTIVE 03-09-1995
POLICY NUMBER 85231?-07021279-95

AGENCY   WAIDELICH INSURANCE GROUP
         2-0483-RUSCH
INSURED  JACK J RUSCH
         DBA BLUFF CITY INN
ADDRESS  PO BOX 33
         ANTIGO, WI 54409-0033

12:01 POLICY TERM 12:01 A.M.
03-09-1995 TO 03-09-1996

IN CONSIDERATION OF PAYMENT OF THE PREMIUM SHOWN BELOW, THIS POLICY IS RENEWED. PLEASE ATTACH THIS DECLARATIONS AND ATTACHMENTS TO YOUR POLICY. IF YOU HAVE ANY QUESTIONS, PLEASE CONSULT WITH YOUR AGENT.

THE FOLLOWING DIRECTIVES HAVE BEEN ISSUED FOR THIS POLICY:

NON-RESIDENT

J03

MICROFICHE COPY

AUTO-OWNERS
INSURANCE COMPANY
6101 ANACAPRI BLVD., LANSING, MI 48917-3999

TAILORED PROTECTION POLICY DECLARATIONS

RENEWAL EFFECTIVE 03-09-1995

POLICY NUMBER  85Z317-07021279-95

AGENCY    WAIDELICH INSURANCE GROUP
INSURED   JACK J RUSCH
          DBA BLUFF CITY INN

ADDRESS   PO BOX 33

          ANTIGO, WI  54409-0033

ISSUED 02-14-1995

12:01 POLICY TERM 12:01 A.M.
03-09-1995 TO
03-09-1996

IN CONSIDERATION OF THE PREMIUM SHOWN BELOW, THIS POLICY IS RENEWED.
DECLARATIONS AND ATTACHMENTS TO YOUR POLICY. IF YOU HAVE ANY QUESTIONS, PLEASE
PLEASE ATTACH THIS
CONSULT WITH YOUR AGENT.

THE FOLLOWING ATTACHMENTS WERE ISSUE WITH THIS POLICY TRANSACTION.

E13271 199308   CG2144 198511   CG2144 198511M   CG2144 198511   IL0021 198511   E55027 198707
E55929 198702   CG0001 198811   CG0108 198511    CG2104 198511   E55050 198707   E55064 198707
CL1705         E55069 198801   E55118 199108    IL0017 198511

KO3

MICROFICHE COPY

AUTO-OWNERS
INSURANCE COMPANY
6101 ANACAPRI BLVD., LANSING, MI 48917-3999

TAILORED PROTECTION POLICY DECLARATIONS
ISSUED 02-14-1995
RENEWAL EFFECTIVE 03-09-1995

POLICY NUMBER 852317-0702I279-95

AGENCY    WAIDELICH INSURANCE GROUP
          24-0083-00
INSURED   JACK RUSCH
          DBA BLUFF CITY INN

ADDRESS   PO BOX 33
          ANTIGO, WI 54409-0033

```
| 12:01 POLICY TERM 12:01 A.M. |
| A.M. TO                      |
| 03-09-1995 - 03-09-1996 .    |
```

IN CONSIDERATION OF PAYMENT OF THE PREMIUM SHOWN BELOW, THIS POLICY IS RENEWED.   PLEASE ATTACH THIS
DECLARATIONS AND ATTACHMENTS TO YOUR POLICY.   IF YOU HAVE ANY QUESTIONS, PLEASE CONSULT WITH YOUR AGENT.

C02194  (11-85)

THE FOLLOWING IS THE FILL-IN DATA PRINTED FOR THIS FORM, FOR THIS TRANSACTION.

FILL-IN FIELD               VARIABLE DATA

PREM ADDR1                  SEE 55056

PREM ADDR2

CITY/ST/ZIP

PROJ DESC1

PROJ DESC2

PROJ DESC3

JO2

55.039 (11-87)

PAGE

MICROFICHE COPY

TAILORED PROTECTION POLICY DECLARATIONS

POLICY ISSUED 01-31-1996

RENEWAL EFFECTIVE 03-09-1996

POLICY NUMBER 85231-7-02021278-96

AUTO-OWNERS
INSURANCE COMPANY
6101 ANACAPRI BLVD., LANSING, MI 48917-3999

AGENCY    WAIDELICH INSURANCE GROUP
INSURED   JACK J ROSCH
          DBA BLUFF CITY INN

ADDRESS   PO BOX 33
          ANTIGO WI 54409-0033

```
+------------------------------------+
|          POLICY TERM               |
| 12:01 A.M.  TO  12:01 A.M          |
| 03-09-1996 ... 03-09-1997          |
+------------------------------------+
```

IN CONSIDERATION OF PAYMENT OF THE PREMIUM SHOWN BELOW, THIS POLICY IS RENEWED. PLEASE ATTACH THIS
DECLARATIONS AND ATTACHMENTS TO YOUR POLICY. IF YOU HAVE ANY QUESTIONS, PLEASE CONSULT WITH YOUR AGENT.

COMMON POLICY INFORMATION

BUSINESS DESCRIPTION: PROPERTY OWNER

ENTITY: INDIVIDUAL

| | PREMIUM |
|---|---|
| THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PART(S) | |
| THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT. | |
| COMMERCIAL GENERAL LIABILITY COVERAGE | $689.00 |
| TOTAL | $689.00 |

FORMS THAT APPLY TO ALL COVERAGE PARTS SHOWN ABOVE (EXCEPT GARAGE LIABILITY, DEALER'S
BLANKET, OR OTHER COMMERCIAL AUTOMOBILE), IF APPLICABLE)
55000 (01-87)  55056 (07-87)

COUNTERSIGNED BY: _____

2000000000000689

02-13-1995

K02

PAGE 1

MICROFICHE COPY

55040 (11/87)

TAILORED PROTECTION POLICY DECLARATIONS
ISSUED 01-31-1996
RENEWAL EFFECTIVE 03-09-1996
POLICY NUMBER 852317-0702127S-96

| 12:01 POLICY TERM |
| A.M. TO 12:01 A.M. |
| 03-09-1996   03-09-1997 |

AUTO-OWNERS
INSURANCE COMPANY
6101 ANNACROFT BLVD., LANSING, MI 48917-3999

AGENCY     WAIDELICH INSURANCE GROUP
INSURED    JACK J. BUSCH
           DBA BLUFF CITY INN
ADDRESS    PO BOX 33
           ANTIGO, WI 54409-0033

IN CONSIDERATION OF PAYMENT OF THE PREMIUM SHOWN BELOW, THIS POLICY IS RENEWED. PLEASE ATTACH THIS
DECLARATIONS AND ATTACHMENTS TO YOUR POLICY. IF YOU HAVE ANY QUESTIONS, PLEASE CONSULT WITH YOUR AGENT.

COMMERCIAL GENERAL LIABILITY COVERAGE

LIMITS OF INSURANCE
  GENERAL AGGREGATE LIMIT                                      $500,000
  (OTHER THAN PRODUCTS-COMPLETED OPERATIONS)
  PERSONAL AND ADVERTISING INJURY LIMIT                         500,000
  EACH OCCURRENCE LIMIT                                         500,000
  FIRE DAMAGE LIMIT                                              50,000   ANY ONE FIRE
  MEDICAL EXPENSE LIMIT                                                   ANY ONE PERSON

*GENERAL AGGREGATE LIMIT SHOWN ABOVE, IS REINSTATED ONCE PER POLICY PERIOD AT NO
ADDITIONAL CHARGE, IN ACCORDANCE WITH FORM 55050.

  AUDIT TYPE: NON-AUDITED

FORMS THAT APPLY TO LIABILITY:
55050   (07-87)
55037   (09-89)   55197   (06-92)

LOCATION OF PREMISES YOU OWN, RENT OR OCCUPY
LOC 001  BLDG 001  114 N EUFAULA AVE
                   EUFAULA, AL 36027
TERRITORY:  003   COUNTY: BARBOUR

| CLASSIFICATION | | SUBLINE | PREMIUM BASIS | RATES | PREMIUM |
|---|---|---|---|---|---|
| BUILDING OR PREMISES—BANK | CODE 61212 | PREM/OP | AREA 5,300 | EACH 1000 22.791 | $121.00 |

                                    LOCATION 001 PREMIUM                                      $121.00

LOCATION OF PREMISES YOU OWN, RENT OR OCCUPY
LOC 002  BLDG 001  EUFAULA AVE
                   EUFAULA, AL 36027
TERRITORY:  003   COUNTY: BARBOUR

| CLASSIFICATION | | SUBLINE | PREMIUM BASIS | RATES | PREMIUM |
|---|---|---|---|---|---|
| WAREHOUSE—PRIVATE | CODE 68706 | PREM/OP | AREA 9,300 | EACH 1000 24.572 | $229.00 |

                                    LOCATION 002 PREMIUM                                      $229.00

CG 00 01 11 88

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage  Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under WHO IS AN INSURED (SECTION II).

Other words and phrases that appear in quotation marks have special meaning. Refer to DEFINITIONS (SECTION V)

## SECTION I - COVERAGES

## COVERAGE A.   BODILY INJURY AND PROPERTY DAMAGE LIABILITY

1.  **Insuring Agreement.**

    a.  We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies  We will have the right and duty to defend any "suit" seeking those damages. We may at our discretion investigate any "occurrence" and settle any claim or "suit" that may result. But:

    (1)  The amount we will pay for damages is limited as described in LIMITS OF INSURANCE (SECTION III); and

    (2)  Our right and duty to defend end when we have used up the applicable limit of insurance in the payments of judgments or settlements under Coverages A or B or medical expenses under Coverage C

    No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under SUPPLEMENTARY PAYMENTS   COVERAGES A AND B

    b.  This insurance applies to "bodily injury" and "property damage" only if:

    (1)  The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory"; and

    (2)  The "bodily injury" or "property damage" occurs during the policy period.

    c.  Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury"

2.  **Exclusions.**

    This insurance does not apply to:

    a.  "Bodily injury" or "property damage" expected or intended from the standpoint of the insured  This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property

    b.  "Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of

liability in a contract or agreement. This exclusion does not apply to liability for damages:

(1) Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement; or

(2) That the insured would have in the absence of the contract or agreement

c. "Bodily injury" or "property damage" for which any insured may be held liable by reason of:

(1) Causing or contributing to the intoxication of any person;

(2) The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

(3) Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages

This exclusion applies only if you are in the business of manufacturing, distributing, selling serving or furnishing alcoholic beverages.

d. Any obligation of the insured under a workers compensation, disability benefits or unemployment compensation law or any similar law

e. "Bodily injury" to:

(1) An employee of the insured arising out of and in the course of employment by the insured; or

(2) The spouse, child, parent brother or sister of that employee as a consequence of (1) above

This exclusion applies:

(1) Whether the insured may be liable as an employer or in any other capacity; and

(2) To any obligation to share damages with or repay someone else who must pay damages because of the injury

This exclusion does not apply to liability assumed by the insured under an "insured contract"

f. (1) "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of pollutants:

(a) At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured;

(b) At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

(c) Which are or were at any time transported, handled, stored treated, disposed of, or processed as waste by or for any insured or any person or organization for whom you may be legally responsible; or

(d) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations:

(i) if the pollutants are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor; or

Copyright, Insurance Services Office, Inc., 1982, 1988

**(ii)** if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of pollutants

Subparagraphs (a) and (d) (i) do not apply to "bodily injury" or "property damage" arising out of heat, smoke or fumes from a hostile fire.

As used in this exclusion, a hostile fire means one which becomes uncontrollable or breaks out from where it was intended to be.

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of pollutants; or

**(b)** Claim or suit by or on behalf of a governmental authority for damages because of testing from, monitoring, cleaning up, removing, containing treating detoxifying or neutralizing, or in any way responding to, or assessing the effects of pollutants

Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**g.** "Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading and unloading".

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is:

**(a)** Less than 26 feet long; and

**(b)** Not being used to carry persons or property for a charge;

**(3)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(4)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**(5)** "Bodily injury" or "property damage" arising out of the operation of any of the equipment listed in paragraph f.(2) or f.(3) of the definition of "mobile equipment" (Section V.8.).

**h.** "Bodily injury" or "property damage" arising out of:

**(1)** The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

**(2)** The use of "mobile equipment" in, or while in practice or preparation for, a prearranged racing, speed or demolition contest or in any stunting activity

**i.** "Bodily injury" or "property damage" due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution. This exclusion applies only to liability assumed under a contract or agreement.

**j.** "Property damage" to:

**(1)** Property you own, rent or occupy;

Copyright, Insurance Services Office, Inc., 1982, 1988

(2) Premises you sell, give away or aban-don, if the "property damage" arises out of any part of those premises;

(3) Property loaned to you;

(4) Personal property in the care, custody or control of the insured;

(5) That particular part of real property on which you or any contractors or subcontractors working directly or indir-ectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

(6) That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it

Paragraph (2) of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs (3), (4), (5) and (6) of this exclusion do not apply to liability assumed under a sidetrack agreement

Paragraph (6) of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

k. "Property damage" to "your product" arising out of it or any part of it

l. "Property damage" to "your work" arising out of it or any part of it and including in the "products-completed operations hazard"

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor

m. "Property damage" to "impaired property" or property that has not been physically injured, arising out of:

(1) A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

(2) A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

n. Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

(1) "Your product";

(2) "Your work"; or

(3) "Impaired property";

if such product, work or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous con-dition in it

Exclusions c. through n. do not apply to damage by fire to premises rented to you A separate limit of insurance applies to this coverage as described in LIMITS OF INSURANCE (SECTION III)

**COVERAGE B. PERSONAL AND ADVERTISING INJURY LIABILITY**

1. **Insuring Agreement.**

a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal injury" or "advertising injury" to which this coverage part applies. We will have the right and duty to defend any "suit" seeking those dam-ages We may at our discretion investigate

Copyright, Insurance Services Office, Inc , 1982, 1988

any "occurrence" or offense and settle any claim or "suit" that may result  But:

**(1)** The amount we will pay for damages is limited as described in LIMITS OF INSURANCE (SECTION III); and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverage A or B or medical expenses under Coverage C.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under SUPPLE-MENTARY PAYMENTS - COVERAGES A AND B

**b.** This insurance applies to:

**(1)** "Personal injury" caused by an offense arising out of your business, excluding advertising, publishing, broadcasting or telecasting done by or for you;

**(2)** "Advertising injury" caused by an offense committed in the course of advertising your goods, products or services;

but only if the offense was committed in the "coverage territory" during the policy period.

**2.  Exclusions.**

This insurance does not apply to:

**a.** "Personal injury" or "advertising injury":

**(1)** Arising out of oral or written publication of material, if done by or at the direction of the insured with knowledge of falsity;

**(2)** Arising out of oral or written publication of material whose first publication took place before the beginning of the policy period;

**(3)** Arising out of the willful violation of a penal statute or ordinance committed by or with the consent of the insured; or

**(4)** For which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

**b.** "Advertising injury" arising out of:

**(1)** Breach of contract, other than mis-appropriation of advertising ideas under an implied contract;

**(2)** The failure of goods, products or services to conform with advertised quality or performance;

**(3)** The wrong description of the price of goods, products or services; or

**(4)** An offense committed by an insured whose business is advertising, broad-casting, publishing or telecasting.

**COVERAGE C. MEDICAL PAYMENTS**

**1.  Insuring Agreement.**

**a.** We will pay medical expenses as described below for "bodily injury" caused by an accident:

**(1)** On premises you own or rent;

**(2)** On ways next to premises you own or rent; or

**(3)** Because of your operations;

provided that:

**(1)** The accident takes place in the "cover-age territory" and during the policy period;

**(2)** The expenses are incurred and reported to us within one year of the date of the accident; and

**(3)** The injured person submits to exam-ination, at our expense, by physicians of

our choice as often as we reasonably require.

b.  We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

   (1)  First aid at the time of an accident;

   (2)  Necessary medical, surgical, x-ray and dental services, including prosthetic devices; and

   (3)  Necessary ambulance, hospital, professional nursing and funeral services.

2.  **Exclusions.**

   We will not pay expenses for "bodily injury":

   a.  To any insured.

   b.  To a person hired to do work for or on behalf of any insured or a tenant of any insured.

   c.  To a person injured on that part of premises you own or rent that the person normally occupies.

   d.  To a person, whether or not an employee of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefit law or similar law.

   e.  To a person injured while taking part in athletics.

   f.  Included within the "products-completed operations hazard".

   g.  Excluded under Coverage A.

   h.  Due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution.

**SUPPLEMENTARY PAYMENTS - COVERAGES A AND B**

We will pay, with respect to any claim or "suit" we defend:

1.  All expenses we incur.

2.  Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

3.  The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

4.  All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $100 a day because of time off from work.

5.  All costs taxed against the insured in the "suit".

6.  Prejudgment interest awarded against the insured on the part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

7.  All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

**SECTION II - WHO IS AN INSURED**

1.  If you are designated in the Declarations as:

   a.  An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

   b.  A partnership or joint venture, you are an insured. Your members, your partners, and

Copyright, Insurance Services Office, Inc., 1982, 1988

their spouses are also insureds, but only with respect to the conduct of your business.

c. An organization other than a partnership or joint venture, you are insured. Your executive officers and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

2. Each of the following is also an insured:

a. Your employees, other than your executive officers, but only for acts within the scope of their employment by you. However, no employee is an insured for:

(1) "Bodily injury" or "personal injury" to you or to a co-employee while in the course of his or her employment, or the spouse, child, parent, brother or sister of that co-employee as a consequence of such "bodily injury" or "personal injury", or for any obligation to share damages with or repay someone else who must pay damages because of the injury; or

(2) "Bodily injury" or "personal injury" arising out of his or her providing or failing to provide professional health care services; or

(3) "Property damage" to property owned or occupied by or rented or loaned to that employee, any of your other employees, or any of your partners or members (if you are a partnership or joint venture).

b. Any person (other than your employee), or any organization while acting as your real estate manager.

c. Any person or organization having proper temporary custody of your property if you die, but only:

(1) With respect to liability arising out of the maintenance or use of that property; and

(2) Until your legal representative has been appointed.

d. Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

3. With respect to "mobile equipment" registered in your name under any motor vehicle registration law, any person is an insured while driving such equipment along a public highway with your permission. Any other person or organization responsible for the conduct of such person is also an insured, but only with respect to liability arising out of the operation of the equipment, and only if no other insurance of any kind is available to that person or organization for this liability. However, no person or organization is an insured with respect to:

a. "Bodily injury" to a co-employee of the person driving the equipment; or

b. "Property damage" to property owned by, rented to, in the charge of or occupied by you or the employer of any person who is an insured under this provision.

4. Any organization you newly acquire or form, other than a partnership of joint venture, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

a. Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period whichever is earlier;

b. Coverage A does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

c. Coverage B does not apply to "personal injury" or "advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership or joint venture that is not shown as a Named Insured in the Declarations

## SECTION III - LIMITS OF INSURANCE

1   The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

   a.   Insureds,

   b.   Claims made or "suits" brought; or

   c.   Persons or organizations making claims or bringing "suits".

2   The General Aggregate Limit is the most we will pay for the sum of:

   a.   Medical expenses under Coverage C;

   b.   Damages under Coverage A, except damages because of "bodily injury" or "property damage" included in the "products completed operations hazard"; and

   c.   Damages under Coverage B.

3.   The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage A for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

4.   Subject to 2. above, the Personal and Advertising Injury Limit is the most we will pay under Coverage B for the sum of all damages because of all "personal injury" and all "advertising injury" sustained by any one person or organization

5.   Subject to 2. or 3. above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

   a.   Damages under Coverage A; and

   b.   Medical expenses under Coverage C

because of all "bodily injury" and "property damage" arising out of any one "occurrence"

6.   Subject to 5. above, the Fire Damage Limit is the most we will pay under Coverage A for damages because of "property damage" to premises rented to you arising out of any one fire.

7.   Subject to 5. above, the Medical Expense Limit is the most we will pay under Coverage C for all medical expenses because of "bodily injury" sustained by any one person

The limits of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months.   In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

## SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS

1.   **Bankruptcy.**

   Bankruptcy or insolvency of the insured or the insured's estate will not relieve us of our obligations under this Coverage Part

2.   **Duties In The Event Of Occurrence, Claim Or Suit.**

   a.   You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim.   To the extent possible   notice should include:

      (1)   How, when and where the "occurrence" or offense took place;

      (2)   The names and addresses of any injured persons and witnesses; and

      (3)   The nature and location of any injury or damage arising out of the "occurrence" or offense.

   b.   If a claim is made or "suit' is brought against any insured, you must:

Copyright, Insurance Services Office, Inc., 1982, 1988

(1) Immediately record the specifics of the claim or "suit" and the date received; and

(2) Notify us as soon as practicable.

You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

c. You and any other involved insured must:

(1) Immediately send us copies of any demands notices, summonses or legal papers received in connection with the claim or "suit"

(2) Authorize us to obtain records and other information;

(3) Cooperate with us in the investigation, settlement or defense of the claim or "suit"; and

(4) Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

d. No insureds will, except at their own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid without our consent

**3.  Legal Action Against Us.**

No person or organization has a right under this Coverage Part:

a   To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

b.  To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured obtained after an actual trial;

but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance   An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**4.  Other Insurance.**

If other valid and collectible insurance is available to the insured for a loss we cover under Coverage A or B of this Coverage Part, our obligations are limited as follows:

a.  Primary Insurance

This insurance is primary except when b. below applies  If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in c. below.

b.  Excess Insurance

This insurance is excess over any of the other insurance, whether primary excess, contingent or on any other basis:

(1) That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

(2) That is Fire insurance for premises rented to you; or

(3) If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion g of Coverage A (Section I).

When this insurance is excess, we will have no duty under Coverage A or B to defend any claim or "suit" that any other insurer has a duty to defend  If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

Copyright, Insurance Services Office, Inc , 1982, 1986

When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

(1) The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

(2) The total of all deductible and self-insured amounts under all that other insurance.

We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

c. Method of Sharing

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers

5. **Premium Audit**

a. We will compute all premiums for this Coverage Part in accordance with our rules and rates

b. Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period. Audit premiums are due and payable on notice to the first Named Insured If the sum of the advance and audit premiums paid for the policy term is greater

than the earned premium, we will return the excess to the first Named Insured.

c. The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

6. **Representations**

By accepting this policy, you agree:

a. The statements in the Declarations are accurate and complete;

b. Those statements are based upon representations you made to us; and

c. We have issued this policy in reliance upon your representations.

7. **Separation of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

a. As if each Named Insured were the only Named Insured; and

b. Separately to each insured against whom claim is made or "suit" is brought

8. **Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them

9. **When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date

Copyright, Insurance Services Office, Inc., 1982, 1988

If notice is mailed, proof of mailing will be sufficient proof of notice.

## SECTION V - DEFINITIONS

1. "Advertising injury" means injury arising out of one or more of the following offenses:

   a. Oral or written publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

   b. Oral or written publication of material that violates a person's right of privacy;

   c. Misappropriation of advertising ideas or style of doing business; or

   d. Infringement of copyright, title or slogan

2. "Auto" means a land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment But "auto" does not include "mobile equipment"

3. "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any one time

4. "Coverage territory" means:

   a. The United States of America (including its territories and possessions), Puerto Rico and Canada;

   b. International waters or airspace, provided the injury or damage does not occur in the course of travel or transportation to or from any place not included in a above; or

   c. All parts of the world if:

      (1) The injury or damage arises out of:

         (a) Goods or products made or sold by you in the territory described in a above; or

      (b) The activities of a person whose home is in the territory described in a. above, but is away for a short time on your business; and

      (2) The insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in a. above or in a settlement we agree to

5. "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

   a. It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

   b. You have failed to fulfill the terms of a contract or agreement;

   if such property can be restored to use by:

   a. The repair, replacement, adjustment or removal of "your product" or "your work"; or

   b. Your fulfilling the terms of the contract or agreement.

6. "Insured contract" means:

   a. A lease of premises;

   b. A sidetrack agreement;

   c. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

   d. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

   e. An elevator maintenance agreement;

   f. That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of

Copyright, Insurance Services Office, Inc., 1982, 1988

another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement

An "insured contract" does not include that part of any contract or agreement:

**a.** That indemnifies any person or organization for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

**b.** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

    **(1)** Preparing, approving or failing to prepare or approve maps, drawings, opinions, reports, surveys, change orders, designs or specifications; or

    **(2)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage;

**c.** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in b. above and supervisory, inspection or engineering services; or

**d.** That indemnifies any person or organization for damage by fire to premises rented or loaned to you

**7** "Loading or unloading" means the handling of property:

**a.** After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

**b.** While it is in or on an aircraft, watercraft or "auto"; or

**c.** While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

**8.** "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

**a.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

**b.** Vehicles maintained for use solely on or next to premises you own or rent;

**c.** Vehicles that travel on crawler treads;

**d.** Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

    **(1)** Power cranes, shovels, loaders, diggers or drills; or

    **(2)** Road construction or resurfacing equipment such as graders, scrapers or rollers;

**e.** Vehicles not described in a., b., c. or d. above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

    **(1)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

    **(2)** Cherry pickers and similar devices used to raise and lower workers;

**f.** Vehicles not described in a., b., c. or d. above maintained primarily for purposes other than the transportation of persons or cargo.

Copyright, Insurance Services Office, Inc., 1982, 1988

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

   (1) Equipment designed primarily for:

      (a) Snow removal;

      (b) Road maintenance, but not construction or resurfacing;

      (c) Street cleaning;

   (2) Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise and lower workers; and

   (3) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

**9.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

**10.** "Personal injury" means other than "bodily injury", arising out of one or more of the following offenses:

  **a.** False arrest, detention or imprisonment;

  **b.** Malicious prosecution;

  **c.** The wrongful eviction from, wrongful entry into or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies by or on behalf of its owner, landlord or lessor;

  **d.** Oral or written publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services; or

  **e.** Oral or written publication of material that violates a person's right of privacy.

**11.**  **a.** "Products-completed operations hazard" includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

     (1) Products that are still in your physical possession; or

     (2) Work that has not yet been completed or abandoned.

  **b.** "Your work" will be deemed completed at the earliest of the following times:

     (1) When all of the work called for in your contract has been completed.

     (2) When all of the work to be done at the site has been completed if your contract calls for work at more than one site.

     (3) When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

    Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

  **c.** This hazard does not include "bodily injury" or "property damage" arising out of:

     (1) The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle created by the "loading or unloading" of it;

     (2) The existence of tools, uninstalled equipment or abandoned or unused materials;

     (3) Products or operations for which the classification in this Coverage Part or in our manual of rules includes products or completed operations.

**12.** "Property damage" means:

Copyright, Insurance Services Office, Inc., 1982, 1988

a. Physical injury to tangible property, including all resulting loss of use of that property  All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

b. Loss of use of tangible property that is not physically injured  All such loss shall be deemed to occur at the time of the "occurrence" that caused it

13. "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage", "personal injury" or "advertising injury" to which this insurance applies are alleged. "Suit" includes:

a. An arbitration proceeding in which such damages are claimed and to which you must submit or do submit with our consent; or

b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which you submit with our consent

14. "Your product" means:

a. Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

   (1) You;

   (2) Others trading under your name; or

   (3) A person or organization whose business or assets you have acquired; and

b. Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

"Your product" includes:

a. Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

b. The providing of or failure to provide warnings or instructions

"Your product" does not include vending machines or other property rented to or located for the use of others but not sold

15. "Your work" means:

a. Work or operations performed by you or on your behalf; and

b. Materials, parts or equipment furnished in connection with such work or operations.

"Your work" includes:

a. Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

b. The providing of or failure to provide warnings or instructions

Copyright, Insurance Services Office, Inc , 1982, 1988

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## ABSOLUTE ASBESTOS EXCLUSION ENDORSEMENT

THIS ENDORSEMENT MODIFIES INSURANCE PROVIDED UNDER THE COMMERCIAL GENERAL LIABILITY COVERAGE PART.

No coverage is provided by this policy for any claim, suit, action or proceeding against the insured arising out of the discharge, dispersal, release, escape or inhalation of any asbestos related particle, dust, irritant, contaminant, pollutant, toxic element or material.

55029 (7-87)

COMMERCIAL GENERAL LIABILITY

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ALABAMA AND LOUISIANA CHANGES—WHO IS AN INSURED

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART

In WHO IS AN INSURED (Section II) the term "executive officer" means only a person holding any of the officer positions created by your charter, constitution or by laws.

CG 01 08 11 85                     Copyright, Insurance Services Office Inc. 1984

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## REINSTATEMENT OF THE GENERAL AGGREGATE LIMIT

It is agreed:

The following is added to SECTION III - LIMITS OF INSURANCE:

If the General Aggregate limit is exhausted, as a result of losses occurring during the policy period because of payment of judgments or settlements, we will reinstate that aggregate limit for losses occurring during the same policy period. We will reinstate such limit only once for each policy period. Further, our liability:

1.  with respect to any one occurrence, shall never exceed the aggregate limit; or

2.  with respect to all occurrences during the policy period, shall never exceed two times the aggregate limit.

55050 (7-87)

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## MOTOR VEHICLE LAWS

THIS ENDORSEMENT MODIFIES INSURANCE PROVIDED UNDER THE COMMERCIAL GENERAL LIABILITY COVERAGE PART.

It is agreed the following is added to COMMERCIAL GENERAL LIABILITY CONDITIONS:

We will provide coverage:

1. up to the minimum required limits; and
2. subject to all the terms and conditions of the policy;

to comply with any motor vehicle insurance law to the extent such law applies to the "mobile equipment" covered by this coverage part.

All other terms and conditions of the policy apply.

55064 (7-87)

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY

## CONTRACTUAL COVERAGE AMENDATORY
## ENDORSEMENT

THIS ENDORSEMENT MODIFIES INSURANCE PROVIDED UNDER THE COMMERCIAL GENERAL LIABILITY COVERAGE FORM.

It is agreed:

Under Section I - COVERAGE A, Item 2 Exclusions:

Exclusion b is deleted and replaced by the following:

b.   "Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

   (1)   Assumed in a contract or agreement that is an "insured contract". However, if the insurance under this policy does not apply to the liability of the insured, it also does not apply to such liability assumed by the insured under an "insured contract".

   (2)   That the insured would have in the absence of the contract or agreement.

All other terms and conditions of the policy apply

55069 (1-88)

# QUICK REFERENCE
# COMMERCIAL GENERAL LIABILITY COVERAGE PART

## READ YOUR POLICY CAREFULLY

The Commercial General Liability Coverage Part in your policy consists of Declarations, a Coverage Form (either CG 00 01 or CG 00 02), Common Policy Conditions and Endorsements, if applicable. Following is a Quick Reference indexing of the principal provisions contained in each of the components making up the Coverage Part, listed in sequential order, except for the provisions in the Declarations which may not be in the sequence shown.

**DECLARATIONS**
Named Insured and Mailing Address
Policy Period
Description of Business and Location of Premises
Limits of Insurance
Forms and Endorsements applying to the Coverage Part at time of issue

**COVERAGE FORM (CG 00 01 or CG 00 02)**
SECTION I—COVERAGES
Coverage A—Bodily Injury and Property Damage Liability
Insuring Agreement
Exclusions
Coverage B—Personal and Advertising Injury Liability
Insuring Agreement
Exclusions
Coverage C—Medical Payments
Insuring Agreement
Exclusions
Supplementary Payments
SECTION II—WHO IS AN INSURED
SECTION III—LIMITS OF INSURANCE
SECTION IV—COMMERCIAL GENERAL LIABILITY CONDITIONS
Bankruptcy
Duties in the Event of Occurrence, Claim or Suit
Legal Action Against Us
Other Insurance
Premium Audit
Representations
Separation of Insureds
Transfer of Rights of Recovery Against Others to Us
When We Do Not Renew (applicable to CG 00 02 only)
Your Right to Claim and "Occurrence" Information (applicable to CG 00 02 only)
SECTION V—EXTENDED REPORTING PERIODS (applicable to CG 00 02 only)
SECTION VI—DEFINITIONS (SECTION V IN CG 00 01)

**COMMON POLICY CONDITIONS (IL 00 17)**
Cancellation
Changes
Examination of Your Books and Records
Inspections and Surveys
Premiums
Transfer of Your Rights and Duties under this Policy

**ENDORSEMENTS (If Any)**

Includes copyrighted material of Insurance Services Office, Inc., with its permission. Copyright, Insurance Services Office, Inc., 1982, 1984, 1986

CL 175 (2-86)

# COMMON POLICY CONDITIONS

IL 00 17 11 85

All Coverage Parts included in this policy are subject to the following conditions

## A. CANCELLATION

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. CHANGES

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

## C. EXAMINATIONS OF YOUR BOOKS AND RECORDS

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. INSPECTIONS AND SURVEYS

We have the right but are not obligated to:

1. Make inspections and surveys at any time;

2. Give you reports on the conditions we find; and

3. Recommend changes

Any inspections, surveys, reports or recommendations relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

1. Are safe or healthful; or

2. Comply with laws, regulations, codes or standards.

This condition applies not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys reports or recommendations

## E. PREMIUMS

The first Named Insured shown in the Declarations:

Copyright, Insurance Services Office, 1982, 1983

## PUNITIVE DAMAGES ENDORSEMENT

55027 (7-87)

**THIS ENDORSEMENT APPLIES TO INSURANCE PROVIDED UNDER THE COMMERCIAL GENERAL LIABILITY COVERAGE PART.**

The reference in the policy under SECTION III - LIMITS OF INSURANCE to "damages" includes punitive or exemplary damages.  Provided, however, that such "damages":

1   are included in the limits of insurance expressed in the Declarations; and

2   are not to be construed in any event as additional amounts of insurance

POLICY NUMBER:

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LIMITATION OF COVERAGE TO DESIGNATED PREMISES OR PROJECT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

**Premises:** ɘɘɘɘɘɘɘɘɘɘɘɘɘɘɘɘɘɘɘɘɘɘɘɘɘɘɘɘɘ

############################

!!!!!!!!!!!!!!!!!   ɘɘ   #########

**Project:**   !!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!

ɘɘɘɘɘɘɘɘɘɘɘɘɘɘɘɘɘɘɘɘɘɘɘɘɘɘɘɘɘɘɘɘɘɘɘɘɘɘɘɘɘɘɘɘɘɘɘɘɘɘɘɘɘɘɘɘɘɘɘɘɘɘɘ

###############################################################

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

This insurance applies only to "bodily injury," "property damage," "personal injury," "advertising injury" and medical expenses arising out of:

   1.   The ownership, maintenance or use of the premises shown in the Schedule and operations necessary or incidental to those premises; or

   2.   The project shown in the Schedule.

Copyright, Insurance Services Office, Inc , 1984

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.     55118 (8-91)

# POLLUTION EXCLUSION ENDORSEMENT
# PERSONAL INJURY LIABILITY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

Under SECTION I - COVERAGES  COVERAGE B  PERSONAL AND ADVERTISING INJURY LIABILITY, 2  EXCLUSIONS, exclusion c is added:

c. (1)  "Personal injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of pollutants:

    (a)  At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to  any insured;

    (b)  At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling storage, disposal, processing or treatment of waste;

    (c)  Which are or were at any time transported handled, stored, treated, disposed of, or processed as waste by or for any insured or any person or organization for whom you may be legally responsible; or

    (d)  At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations:

        (i)  if the pollutants are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor; or

        (ii)  if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of pollutants.

Subparagraphs (a) and (d) (i) do not apply to "personal injury" arising out of heat, smoke or fumes from a hostile fire.

As used in this exclusion, a hostile fire means one which becomes uncontrollable or breaks out from where it was intended to be.

(2)  Any loss, cost or expense arising out of any:

    (a)  Request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of pollutants; or

    (b)  Claim or suit by or on behalf of a governmental authority for damages because of testing from, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of pollutants.

Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste Waste includes materials to be recycled, reconditioned or reclaimed

All other policy terms and conditions apply.

Includes copyrighted material of Insurance Services Office, Inc , with its permission
Copyright, Insurance Services Office, 1982, 1988

AGENCY ∂∂∂∂∂∂∂∂∂     POLICY ###############

!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!
∂∂∂∂∂∂∂∂∂∂∂∂∂∂∂∂∂∂∂∂∂∂∂∂∂∂∂∂∂∂∂∂∂
###########################################

13271 (8-93)

!!!!!!!!!!!!!!!

BOX 30660, LANSING, MICHIGAN 48909-8160  •  517/323-1200

AUTO-OWNERS INSURANCE COMPANY
AUTO-OWNERS LIFE INSURANCE COMPANY
HOME-OWNERS INSURANCE COMPANY
OWNERS INSURANCE COMPANY
PROPERTY-OWNERS INSURANCE COMPANY

∂∂∂∂∂∂∂∂∂∂∂∂∂∂∂∂∂∂∂∂∂∂∂∂∂∂∂∂∂∂∂∂∂∂∂
###################################
!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!
∂∂∂∂∂∂∂∂∂∂∂∂∂∂∂∂∂∂∂∂∂∂∂∂∂∂∂∂∂∂∂∂∂∂∂
###################################
!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!

Thank you for allowing Auto-Owners to handle your insurance needs.

Auto-Owners Insurance Group is financially sound with sufficient reserves to be ranked among the leaders in the industry for financial security.  Our A + + (superior) rating by the A M Best Company signifies that we have the financial strength to provide the insurance protection you need.

Feel free to contact your Auto-Owners agent with any questions you may have about your insurance needs.

Auto-Owners Insurance - The "No Problem" People[®]

## COMMUNICABLE DISEASE EXCLUSION
### Commercial General Liability Coverage Form

It is agreed:

1.  The following exclusion is added and applies to:

    a   COVERAGE A  BODILY INJURY AND PROPERTY DAMAGE LIABILITY;

    b   COVERAGE B  PERSONAL AND ADVERTISING INJURY LIABILITY; and

    c   COVERAGE C. MEDICAL PAYMENTS.

2.  **EXCLUSION**

    This policy does not apply to "bodily injury", "personal injury" or medical expenses for "bodily injury" arising out of or resulting from the transmission of any communicable disease by any "insured"

All other policy terms and conditions apply.

55137 (6-92)

CG 21 47 09 89

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EMPLOYMENT - RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

1.  The following exclusion is added to COVERAGE A (Section I):

    o.  "Bodily injury" arising out of any:

        (1)  Refusal to employ;

        (2)  Termination of employment;

        (3)  Coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or other employment-related practices, policies, acts or omissions; or

        (4)  Consequential "bodily injury" as a result of (1) through (3) above

    This exclusion applies whether the insured may be held liable as an employer or in any other capacity and to any obligation to share damages with or to repay someone else who must pay damages because of the injury

2.  The following exclusion is added to COVERAGE B (Section I):

    c.  "Personal injury" arising out of any:

        (1)  Refusal to employ;

        (2)  Termination of employment;

        (3)  Coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or other employment-related practices, policies, acts or omissions; or

        (4)  Consequential "personal injury" as a result of (1) through (3) above

Copyright, Insurance Services Office, Inc , 1988



# Tailored Protection Insurance Policy

*Auto-Owners Insurance Company*

Insert Declarations Page (Part Two), form and Endorsements here so that edge butts against fold of Contract.

## POLICY NON-ASSESSABLE

This policy is non-assessable and the premium stated in the Declarations is the only premium you will be asked to pay

## PARTICIPATING

You will be entitled to an equitable participation in Company funds in excess of an amount required to pay expenses and all the losses or claims or other policy obligations incurred, together with the reserve and surplus funds required or permitted by law. A distribution will be made only in accordance with the decision of our Board of Directors acting under the insurance laws and under our charter.

## NOTICE OF MEMBERSHIP AND ANNUAL MEETING

Because we are a mutual company this policy makes you a member of the Auto-Owners Insurance Company. You are entitled to vote, in person or by proxy, at all meetings. Our annual policyholder's meetings are held at our home office at Lansing, Michigan on the second Monday in May in each year at 10:00 A.M.

In witness whereof, we, the Auto-Owners Insurance Company, have caused this policy to be issued and to be duly signed by our President and Secretary

Secretary

President

55000 (1-87)                    **Don't fail to notify Company immediately of accident or loss covered by this policy.**