# EXHIBIT "5"

# *Auto-Owners*

INSURANCE COMPANY
6101 ANACAPRI BLVD., LANSING, MI 48917-3999

Page    1

55039 (11-87)
Issued  01-26-1998

**TAILORED PROTECTION POLICY DECLARATIONS**

Renewal Effective 03-09-1998

**POLICY NUMBER  852317-07021279-98**

AGENCY  WAIDELICH INSURANCE GROUP
        23-0881-00        UNIT 26
INSURED  JACK J RUSCH
         DBA BLUFF CITY INN

ADDRESS  400 RUSCH RD

         ANTIGO, WI  54409-2957

| POLICY TERM | |
|---|---|
| 12:01 a.m. | 12:01 a.m. |
| 03-09-1998 to | 03-09-1999 |

In consideration of payment of the premium shown below, this policy is renewed. Please attach this
Declarations and attachments to your policy. If you have any questions, please consult with your agent.

## COMMON POLICY INFORMATION

**BUSINESS DESCRIPTION:**  Property Owner

**ENTITY:**  Individual

| THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PART(S). | PREMIUM |
|---|---|
| THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT. | |
| COMMERCIAL GENERAL LIABILITY COVERAGE | $700.00 |
| TOTAL | $700.00 |

**FORMS THAT APPLY TO ALL COVERAGE PARTS SHOWN ABOVE (EXCEPT GARAGE LIABILITY, DEALER'S
BLANKET, COMMERCIAL AUTOMOBILE, IF APPLICABLE)**
   55000  (01-87)   55056  (07-87)

Countersigned By:  _____

I certify that this policy was assembled from
available records as a representation of coverage
that was in effect for the policy period shown.

Notary Public _____
Signed before me on this _____
day of _____ 20 05
in the county of Eaton

JENNIFER LYNN WELLS
Notary Public, Ingham Co., MI
My Comm. Expires July 6, 2007

# *Auto-Owners*

Page    1

55040 (11/87)
Issued  01-26-1998

INSURANCE COMPANY
6101 ANACAPRI BLVD., LANSING, MI 48917-3999

**TAILORED PROTECTION POLICY DECLARATIONS**

Renewal Effective 03-09-1998

AGENCY  WAIDELICH INSURANCE GROUP
23-0881-00      UNIT 26

**POLICY NUMBER  852317-07021279-98**

INSURED  JACK J RUSCH
DBA BLUFF CITY INN

ADDRESS  400 RUSCH RD

ANTIGO, WI  54409-2957

| POLICY TERM | |
|---|---|
| 12:01 a.m. | 12:01 a.m. |
| 03-09-1998 to | 03-09-1999 |

In consideration of payment of the premium shown below, this policy is renewed. Please attach this
Declarations and attachments to your policy. If you have any questions, please consult with your agent.

### COMMERCIAL GENERAL LIABILITY COVERAGE

**LIMITS OF INSURANCE**

| | |
|---|---|
| General Aggregate Limit | $500,000 |
| (Other Than Products-Completed Operations) | |
| Personal And Advertising Injury Limit | 500,000 |
| Each Occurrence Limit | 500,000 |
| Fire Damage Limit | 50,000 Any One Fire |
| Medical Expense Limit | 5,000 Any One Person |

"General Aggregate Limit" shown above, is reinstated once per policy period at no
additional charge, in accordance with form 55050.

AUDIT TYPE: Non-Audited

FORMS THAT APPLY TO LIABILITY: CG2104 (11-85)  CG2144 (11-85)  IL0021 (11-85)
55029  (07-87)  CG0001 (11-88)  CG0108 (11-85)  IL0017 (11-85)  55050  (07-87)
55064  (07-87)  CL175  (02-86)  55069  (01-88)  55118  (08-91)  CG2147 (09-89)
55137  (06-92)  55146  (07-96)

**LOCATION OF PREMISES YOU OWN, RENT OR OCCUPY**

**LOC** 001  **BLDG** 001 114 N Eufaula Ave
Eufaula, AL  36027

**TERRITORY:** 003    **COUNTY:** Barbour

| Classification | Subline | Premium Basis | Rates | Premium |
|---|---|---|---|---|
| **CODE** 61212 Building Or Premises - Bank Or Office - Mercantile Or Manufacturing (Lessor'S Risk Only) Including Products And/Or Completed Operations (For-Profit) | Prem/Op | Area 5,300 | Each 1000 23.125 | $123.00 |

LOCATION  001  PREMIUM                    $123.00

**LOCATION OF PREMISES YOU OWN, RENT OR OCCUPY**

**LOC** 002  **BLDG** 001 103 N Eufaula Ave
Eufaula, AL  36027

**TERRITORY:** 003    **COUNTY:** Barbour

# *Auto-Owners*

**Page    2**

55040 (11/87)
Issued  01-26-1998
**TAILORED PROTECTION POLICY DECLARATIONS**

INSURANCE COMPANY
6101 ANACAPRI BLVD., LANSING, MI 48917-3999

Renewal Effective 03-09-1998

AGENCY  WAIDELICH INSURANCE GROUP
23-0881-00        UNIT 26

**POLICY NUMBER  852317-07021279-98**

INSURED  JACK J RUSCH
DBA BLUFF CITY INN

ADDRESS  400 RUSCH RD

| POLICY TERM |
|---|
| 12:01 a.m.   12:01 a.m. |
| 03-09-1998 to 03-09-1999 |

ANTIGO, WI  54409-2957

In consideration of payment of the premium shown below, this policy is renewed.  Please attach this
Declarations and attachments to your policy.  If you have any questions, please consult with your agent.

## COMMERCIAL GENERAL LIABILITY COVERAGE

| Classification | Subline | Premium Basis | Rates | Premium |
|---|---|---|---|---|
| CODE 68706 Warehouses-Private-Including Product And Or Completed Operations (For-Profit) | Prem/Op | Area  9,300 | Each 1000 25.179 | $234.00 |
| | | LOCATION  002  PREMIUM | | $234.00 |

**LOCATION OF PREMISES YOU OWN, RENT OR OCCUPY**

LOC 003  BLDG 001 115 Broad St
                  Eufaula, AL  36027

**TERRITORY:  003   COUNTY:  Barbour**

| Classification | Subline | Premium Basis | Rates | Premium |
|---|---|---|---|---|
| CODE 61212 Building Or Premises - Bank Or Office - Mercantile Or Manufacturing (Lessor'S Risk Only) Including Products And/Or Completed Operations (For-Profit) | Prem/Op | Area  2,050 | Each 1000 23.125 | $47.00 |
| | | LOCATION  003  PREMIUM | | $47.00 |

**LOCATION OF PREMISES YOU OWN, RENT OR OCCUPY**

LOC 004  BLDG 001 104 Broad St
                  Eufaula, AL  36027

**TERRITORY:  003   COUNTY:  Barbour**

| Classification | Subline | Premium Basis | Rates | Premium |
|---|---|---|---|---|
| CODE 61212 Building Or Premises - Bank Or Office - Mercantile Or Manufacturing (Lessor'S Risk Only) Including Products And/Or Completed Operations (For-Profit) | Prem/Op | Area  10,000 | Each 1000 23.125 | $231.00 |
| | | LOCATION  004  PREMIUM | | $231.00 |

# *Auto-Owners*

**Page    3**

55040 (11/87)
Issued   01-26-1998
**TAILORED PROTECTION POLICY DECLARATIONS**

INSURANCE COMPANY
6101 ANACAPRI BLVD., LANSING, MI 48917-3999

Renewal Effective 03-09-1998

AGENCY  WAIDELICH INSURANCE GROUP
        23-0881-00       UNIT 26
INSURED  JACK J RUSCH
         DBA BLUFF CITY INN

**POLICY NUMBER  852317-07021279-98**

ADDRESS  400 RUSCH RD

         ANTIGO, WI  54409-2957

| POLICY TERM | |
| --- | --- |
| 12:01 a.m. | 12:01 a.m. |
| 03-09-1998 to | 03-09-1999 |

In consideration of payment of the premium shown below, this policy is renewed. Please attach this
Declarations and attachments to your policy. If you have any questions, please consult with your agent.

## COMMERCIAL GENERAL LIABILITY COVERAGE

**LOCATION OF PREMISES YOU OWN, RENT OR OCCUPY**

LOC 005  **BLDG** 001 118 N Eufaula Ave
         Eufaula, AL  36027

**TERRITORY:**  003   **COUNTY:**  Barbour

| Classification | Subline | Premium Basis | Rates | Premium |
| --- | --- | --- | --- | --- |
| CODE 61212 | | Area | Each 1000 | |
| Building Or Premises - Bank Or Office - Mercantile Or Manufacturing (Lessor'S Risk Only) Including Products And/Or Completed Operations (For-Profit) | Prem/Op | 2,800 | 23.125 | $65.00 |

LOCATION  005  PREMIUM                         $65.00

## *Auto-Owners*

Page    1

55056 (07-87)
Issued  01-26-1998

**TAILORED PROTECTION POLICY DECLARATIONS**

INSURANCE COMPANY
6101 ANACAPRI BLVD., LANSING, MI 48917-3999

Renewal Effective 03-09-1998

AGENCY  WAIDELICH INSURANCE GROUP
        23-0881-00        UNIT 26

**POLICY NUMBER  852317-07021279-98**

INSURED  JACK J RUSCH
         DBA BLUFF CITY INN

ADDRESS  400 RUSCH RD

         ANTIGO, WI  54409-2957

| POLICY TERM | |
| --- | --- |
| 12:01 a.m. | 12:01 a.m. |
| 03-09-1998 to | 03-09-1999 |

In consideration of payment of the premium shown below, this policy is renewed. Please attach this
Declarations and attachments to your policy. If you have any questions, please consult with your agent.

### SUPPLEMENTAL DECLARATIONS

CG2144-LIMITATION OF COVERAGE TO DESIGNATED PREMISES
        114 N EUFAULA AVE, EUFAULA, AL
        103 N EUFAULA AVE, EUFAULA, AL
        115 BROAD ST, EUFALUA, AL
        104 BROAD ST, EUFAULA, AL
        118 N EUFAULA AVE, EUFAULA, AL

CL 175 (2-86)

# QUICK REFERENCE
# COMMERCIAL GENERAL LIABILITY COVERAGE PART

### READ YOUR POLICY CAREFULLY

The Commercial General Liability Coverage Part in your policy consists of Declarations, a Coverage Form (either CG 00 01 or CG 00 02), Common Policy Conditions and Endorsements, if applicable. Following is a Quick Reference indexing of the principal provisions contained in each of the components making up the Coverage Part, listed in sequential order, except for the provisions in the Declarations which may not be in the sequence shown

**DECLARATIONS**
Named Insured and Mailing Address
Policy Period
Description of Business and Location of Premises
Limits of Insurance
Forms and Endorsements applying to the Coverage Part at time of issue

**COVERAGE FORM (CG 00 01 or CG 00 02)**
SECTION I—COVERAGES
  Coverage A—Bodily Injury and Property Damage Liability
    Insuring Agreement
    Exclusions
  Coverage B—Personal and Advertising Injury Liability
    Insuring Agreement
    Exclusions
  Coverage C—Medical Payments
    Insuring Agreement
    Exclusions
  Supplementary Payments
SECTION II—WHO IS AN INSURED
SECTION III—LIMITS OF INSURANCE
SECTION IV—COMMERCIAL GENERAL LIABILITY CONDITIONS
  Bankruptcy
  Duties in the Event of Occurrence, Claim or Suit
  Legal Action Against Us
  Other Insurance
  Premium Audit
  Representations
  Separation of Insureds
  Transfer of Rights of Recovery Against Others to Us
  When We Do Not Renew (applicable to CG 00 02 only)
  Your Right to Claim and "Occurrence" Information (applicable to CG 00 02 only)
SECTION V—EXTENDED REPORTING PERIODS (applicable to CG 00 02 only)
SECTION VI—DEFINITIONS (SECTION V IN CG 00 01)

**COMMON POLICY CONDITIONS (IL 00 17)**
Cancellation
Changes .
Examination of Your Books and Records
Inspections and Surveys
Premiums
Transfer of Your Rights and Duties under this Policy

**ENDORSEMENTS (If Any)**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1982, 1984, 1986

CG 21 44 11 85
COMMERCIAL GENERAL LIABILITY

POLICY NUMBER:

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# LIMITATION OF COVERAGE TO DESIGNATED PREMISES OR PROJECT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

**Premises:**   SEE **55056**

**Project:**

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

This insurance applies only to "bodily injury," "property damage," "personal injury," "advertising injury" and medical expenses arising out of:

1.   The ownership, maintenance or use of the premises shown in the Schedule and operations necessary or incidental to those premises; or

2.   The project shown in the Schedule

Copyright, Insurance Services Office, Inc , 1984

Agency Code **23-0881-00**                                      Policy Number **852317-07021279**

CG 21 04 11 85

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - PRODUCTS - COMPLETED OPERATIONS HAZARD

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART.

This insurance does not apply to "bodily injury" or ' property damage' included within the "products - completed operations hazard.'

Copyright, Insurance Services Office, Inc., 1984

Agency Code 23-0881-00

Policy Number 852317-07021279

CG 01 08 11 85
COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ALABAMA AND LOUISIANA CHANGES - WHO IS AN INSURED

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART LIQUOR LIABILITY COVERAGE PART OWNERS AND CON-TRACTORS PROTECTIVE LIABILITY COVERAGE PART POLLUTION LIABILITY COVERAGE PART PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART RAILROAD PROTECTIVE LIABILITY COVER-AGE PART

In WHO IS AN INSURED (Section II) the term "executive officer" means only a person holding any of the officer posi-tions created by your charter constitution or by laws

Copyright, Insurance Services Office, Inc., 1984

CG 21 47 09 89

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EMPLOYMENT - RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

1. The following exclusion is added to COVERAGE A (Section I):

   o. "Bodily injury" arising out of any:

      (1) Refusal to employ;

      (2) Termination of employment;

      (3) Coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or other employment-related practices, policies, acts or omissions; or

      (4) Consequential "bodily injury" as a result of (1) through (3) above

   This exclusion applies whether the insured may be held liable as an employer or in any other capacity and to any obligation to share damages with or to repay someone else who must pay damages because of the injury

2. The following exclusion is added to COVERAGE B (Section I):

   c. "Personal injury" arising out of any:

      (1) Refusal to employ;

      (2) Termination of employment;

      (3) Coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or other employment-related practices, policies, acts or omissions; or

      (4) Consequential "personal injury" as a result of (1) through (3) above.

Copyright, Insurance Services Office, Inc., 1988

Agency Code 23-0881-00                                    Policy Number 852317-07021279

# COMMUNICABLE DISEASE EXCLUSION
## Commercial General Liability Coverage Form

55137 (6-92)

It is agreed:

1    The following exclusion is added and applies to:

    a    COVERAGE A  BODILY INJURY AND PROPERTY DAMAGE LIABILITY;

    b    COVERAGE B. PERSONAL AND ADVERTISING INJURY LIABILITY; and

    c    COVERAGE C. MEDICAL PAYMENTS.

2.    **EXCLUSION**

    This policy does not apply to "bodily injury", "personal injury" or medical expenses for "bodily injury" arising out of or resulting from the transmission of any communicable disease by any "insured".

All other policy terms and conditions apply.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**     55146 (7-96)

## UPSET AND OVERSPRAY COVERAGE

THIS ENDORSEMENT MODIFIES INSURANCE PROVIDED UNDER THE COMMERCIAL GENERAL LIABILITY COVERAGE PART.

It is agreed the coverage for "property damage" liability with respect to your operations is extended as follows:

1   **COVERAGE**

   We will pay those sums which you become legally obligated to pay for "property damage' caused directly by immediate, abrupt and accidental:

   a.   upset, overturn or collision of your "mobile equipment" while transporting; or

   b.   "overspray" during your application or dispersal of;

   "pollutants" which are intended for and normally used in your operations. The operations must be in compliance with local, state, and federal ordinances and laws.

   This is not an additional amount of insurance and does not increase the LIMITS OF INSURANCE stated in the Declarations

2   **EXCLUSIONS**

   a.   With regard only to the coverage provided by this endorsement, SECTION I - COVERAGES, COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY 2 Exclusions, f. is deleted and replaced by the following:

      f.   Any loss, cost or expense arising out of any:

         (1)  request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize  or in any way respond to, or assess the effects of "pollutants"; or

         (2)  claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up  removing  containing  treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of "pollutants"

   b.   The following exclusion is added under SECTION I - COVERAGES, COVERAGE A  BODILY INJURY AND PROPERTY DAMAGE LIABILITY, 2 Exclusions:

      o   This coverage does not apply to "overspray" resulting from aerial application or dispersal of "pollutants"

   All other policy exclusions apply

3   **DEDUCTIBLE**

   Any deductible provision of the policy which is applicable to Property Damage Liability coverage applies to this coverage extension

4   **DEFINITIONS**

   The following definitions apply in addition to those in the policy

   "Overspray" means spray, from a device specifically designed for spray application or dispersal  that goes beyond the entire area of intended application or dispersal.

   "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor  soot, fumes, acids, alkalis, chemicals, liquids, gases and waste.  Waste includes materials to be recycled, reconditioned or reclaimed.

All other policy terms and conditions apply

Agency Code 23-0881-00
Policy Number 852317-07021279

CG 00 01 11 88

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under WHO IS AN INSURED (SECTION II).

Other words and phrases that appear in quotation marks have special meaning. Refer to DEFINITIONS (SECTION V).

## SECTION I—COVERAGES

### COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY

1. **Insuring Agreement.**

    a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend any "suit" seeking those damages. We may at our discretion investigate any "occurrence" and settle any claim or "suit" that may result. But:

        (1) The amount we will pay for damages is limited as described in LIMITS OF INSURANCE (SECTION III); and

        (2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payments of judgments or settlements under Coverages A or B or medical expenses under Coverage C.

        No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under SUPPLEMENTARY PAYMENTS—COVERAGES A AND B.

    b. This insurance applies to "bodily injury" and "property damage" only if:

        (1) The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory"; and

        (2) The "bodily injury" or "property damage" occurs during the policy period.

    c. Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

2. **Exclusions.**

    This insurance does not apply to:

    a. "Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

    b. "Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

        (1) Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement; or

        (2) That the insured would have in the absence of the contract or agreement.

    c. "Bodily injury" or "property damage" for which any insured may be held liable by reason of:

        (1) Causing or contributing to the intoxication of any person;

        (2) The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

        (3) Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

        This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.

    d. Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

Copyright, Insurance Services Office, Inc., 1982, 1988

e.    "Bodily injury" to:

    (1)   An employee of the insured arising out of and in the course of employment by the insured; or

    (2)   The spouse, child, parent, brother or sister of that employee as a consequence of (1) above.

This exclusion applies:

    (1)   Whether the insured may be liable as an employer or in any other capacity; and

    (2)   To any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract"

f.    (1)   Bodily injury" or "property damage ' arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of pollutants:

    (a)   At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured;

    (b)   At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

    (c)   Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for any insured or any person or organization for whom you may be legally responsible; or

    (d)   At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations:

        (i)   if the pollutants are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor; or

        (ii)  if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of pollutants

Subparagraphs (a) and (d) (i) do not apply to "bodily injury" or "property damage" arising out of heat, smoke or fumes from a hostile fire

As used in this exclusion, a hostile fire means one which becomes uncontrollable or breaks out from where it was intended to be

    (2)   Any loss, cost or expense arising out of any:

    (a)   Request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxity or neutralize, or in any way respond to, or assess the effects of pollutants; or

    (b)   Claim or suit by or on behalf of a governmental authority for damages because of testing from, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of pollutants

Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant. including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste    Waste includes materials to be recycled, reconditioned or reclaimed.

g.    "Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured   Use includes operation and "loading and unloading".

This exclusion does not apply to:

    (1)   A watercraft while ashore on premises you own or rent;

    (2)   A watercraft you do not own that is:

        (a)   Less than 26 feet long; and

        (b)   Not being used to carry persons or property for a charge;

    (3)   Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

    (4)   Liability assumed under any "insured contract ' for the ownership, maintenance or use of aircraft or watercraft; or

    (5)   "Bodily injury" or "property damage" arising out of the operation of any of the equipment listed in paragraph f (2) or f (3) of the definition of "mobile equipment" (Section V 8.).

Copyright, Insurance Services Office, Inc , 1982, 1988

h. "Bodily injury" or "property damage" arising out of:

    (1) The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

    (2) The use of "mobile equipment" in, or while in practice or preparation for, a prearranged racing, speed or demolition contest or in any stunting activity.

i. "Bodily injury" or "property damage" due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution. This exclusion applies only to liability assumed under a contract or agreement.

j. "Property damage" to:

    (1) Property you own, rent or occupy;

    (2) Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

    (3) Property loaned to you;

    (4) Personal property in the care, custody or control of the insured;

    (5) That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

    (6) That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraph (2) of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs (3), (4), (5) and (6) of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph (6) of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

k. "Property damage" to "your product" arising out of it or any part of it.

l. "Property damage" to "your work" arising out of it or any part of it and including the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

m. "Property damage" to "impaired property" or property that has not been physically injured, arising out of:

    (1) A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

    (2) A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

n. Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

    (1) "Your product";

    (2) "Your work"; or

    (3) "Impaired property";

if such product, work or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

Exclusions c. through n. do not apply to damage by fire to premises rented to you. A separate limit of insurance applies to this coverage as described in LIMITS OF INSURANCE (SECTION III).

## COVERAGE B. PERSONAL AND ADVERTISING INJURY LIABILITY

1. **Insuring Agreement.**

a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal injury" or "advertising injury" to which this coverage part applies. We will have the right and duty to defend any "suit" seeking those damages. We may at our discretion investigate any "occurrence" or offense and settle any claim or "suit" that may result. But:

    (1) The amount we will pay for damages is limited as described in LIMITS OF INSURANCE (SECTION III); and

    (2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverage A or B or medical expenses under Coverage C.

No other obligation or liability to pay sums or perform acts or services is covered unless ex-

plicitly provided for under SUPPLEMENTARY PAYMENTS—COVERAGES A AND B

b. This insurance applies to:

   (1) "Personal injury" caused by an offense arising out of your business, excluding advertising, publishing, broadcasting or telecasting done by or for you;

   (2) "Advertising injury" caused by an offense committed in the course of advertising your goods products or services;

but only if the offense was committed in the "coverage territory" during the policy period

**2. Exclusions.**

This insurance does not apply to:

a. 'Personal injury" or "advertising injury":

   (1) Arising out of oral or written publication of material, if done by or at the direction of the insured with knowledge of falsity;

   (2) Arising out of oral or written publication of material whose first publication took place before the beginning of the policy period;

   (3) Arising out of the willful violation of a penal statute or ordinance committed by or with the consent of the insured; or

   (4) For which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement

b. 'Advertising injury" arising out of:

   (1) Breach of contract, other than misappropriation of advertising ideas under an implied contract;

   (2) The failure of goods, products or services to conform with advertised quality or performance;

   (3) The wrong description of the price of goods, products or services; or

   (4) An offense committed by an insured whose business is advertising, broadcasting, publishing or telecasting.

## COVERAGE C. MEDICAL PAYMENTS

**1. Insuring Agreement.**

a. We will pay medical expenses as described below for "bodily injury" caused by an accident:

   (1) On premises you own or rent;

   (2) On ways next to premises you own or rent; or

(3) Because of your operations;

provided that:

   (1) The accident takes place in the "coverage territory" and during the policy period;

   (2) The expenses are incurred and reported to us within one year of the date of the accident; and

   (3) The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

b. We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance   We will pay reasonable expenses for:

   (1) First aid at the time of an accident;

   (2) Necessary medical, surgical, x-ray and dental services, including prosthetic devices; and

   (3) Necessary ambulance, hospital, professional nursing and funeral services

**2. Exclusions.**

We will not pay expenses for "bodily injury":

a. To any insured.

b. To a person hired to do work for or on behalf of any insured or a tenant of any insured

c. To a person injured on that part of premises you own or rent that the person normally occupies

d. To a person, whether or not an employee of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefit law or similar law

e. To a person injured while taking part in athletics.

f. Included within the "products-completed operations hazard"

g. Excluded under Coverage A

h. Due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection rebellion or revolution

## SUPPLEMENTARY PAYMENTS—COVERAGES A AND B

We will pay, with respect to any claim or "suit" we defend:

1. All expenses we incur

2. Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Li-

Copyright, Insurance Services Office, Inc , 1982, 1988

ability Coverage applies  We do not have to furnish these bonds

3.  The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance  We do not have to furnish these bonds.

4.  All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $100 a day because of time off from work

5.  All costs taxed against the insured in the "suit".

6.  Prejudgment interest awarded against the insured on the part of the judgment we pay  If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

7.  All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance

These payments will not reduce the limits of insurance.

### SECTION II—WHO IS AN INSURED

1.  If you are designated in the Declarations as:

    a.  An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

    b.  A partnership or joint venture, you are an insured  Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

    c.  An organization other than a partnership or joint venture, you are insured  Your executive officers and directors are insureds, but only with respect to their duties as your officers or directors  Your stockholders are also insureds, but only with respect to their liability as stockholders

2.  Each of the following is also an insured:

    a.  Your employees, other than your executive officers, but only for acts within the scope of their employment by you  However, no employee is an insured for:

        (1)  "Bodily injury" or "personal injury" to you or to a co-employee while in the course of his or her employment, or the spouse, child, parent, brother or sister of that co-employee as a consequence of such "bodily injury" or "personal injury' or for any obligation to share damages with or repay someone else who must pay damages because of the injury; or

        (2)  "Bodily injury" or "personal injury" arising out of his or her providing or failing to provide professional health care services; or

        (3)  "Property damage" to property owned or occupied by or rented or loaned to that employee, any of your other employees, or any of your partners or members (if you are a partnership or joint venture).

    b.  Any person (other than your employee), or any organization while acting as your real estate manager.

    c.  Any person or organization having proper temporary custody of your property if you die, but only:

        (1)  With respect to liability arising out of the maintenance or use of that property; and

        (2)  Until your legal representative has been appointed

    d.  Your legal representative if you die, but only with respect to duties as such  That representative will have all your rights and duties under this Coverage Part

3.  With respect to "mobile equipment" registered in your name under any motor vehicle registration law, any person is an insured while driving such equipment along a public highway with your permission. Any other person or organization responsible for the conduct of such person is also an insured, but only with respect to liability arising out of the operation of the equipment, and only if no other insurance of any kind is available to that person or organization for this liability  However, no person or organization is an insured with respect to:

    a.  "Bodily injury" to a co-employee of the person driving the equipment; or

    b.  "Property damage" to property owned by, rented to, in the charge of or occupied by you or the employer of any person who is an insured under this provision

4.  Any organization you newly acquire or form  other than a partnership of joint venture  and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization.  However:

    a.  Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period whichever is earlier;

    b.  Coverage A does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

    c.  Coverage B does not apply to "personal injury" or "advertising injury" arising out of an

offense committed before you acquired or formed the organization

No person or organization is an insured with respect to the conduct of any current or past partnership or joint venture that is not shown as a Named Insured in the Declarations.

## SECTION III—LIMITS OF INSURANCE

1.  The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

    a.  Insureds;

    b.  Claims made or "suits" brought; or

    c.  Persons or organizations making claims or bringing "suits".

2.  The General Aggregate Limit is the most we will pay for the sum of:

    a.  Medical expenses under Coverage C;

    b.  Damages under Coverage A except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

    c.  Damages under Coverage B

3.  The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage A for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard"

4.  Subject to 2. above, the Personal and Advertising Injury Limit is the most we will pay under Coverage B for the sum of all damages because of all "personal injury" and all "advertising injury" sustained by any one person or organization.

5.  Subject to 2. or 3. above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

    a.  Damages under Coverage A; and

    b.  Medical expenses under Coverage C

    because of all "bodily injury" and "property damage" arising out of any one "occurrence".

6.  Subject to 5. above, the Fire Damage Limit is the most we will pay under Coverage A for damages because of "property damage" to premises rented to you arising out of any one fire.

7.  Subject to 5. above, the Medical Expense Limit is the most we will pay under Coverage C for all medical expenses because of "bodily injury" sustained by any one person.

The limits of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the

policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

## SECTION IV—COMMERCIAL GENERAL LIABILITY CONDITIONS

1.  **Bankruptcy.**

    Bankruptcy or insolvency of the insured or the insured's estate will not relieve us of our obligations under this Coverage Part.

2.  **Duties In The Event Of Occurrence, Claim Or Suit.**

    a.  You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim   To the extent possible, notice should include:

        (1)  How, when and where the "occurrence" or offense took place;

        (2)  The names and addresses of any injured persons and witnesses; and

        (3)  The nature and location of any injury or damage arising out of the "occurrence" or offense.

    b.  If a claim is made or "suit" is brought against any insured, you must:

        (1)  Immediately record the specifics of the claim or "suit" and the date received; and

        (2)  Notify us as soon as practicable.

        You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

    c.  You and any other involved insured must:

        (1)  Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit"

        (2)  Authorize us to obtain records and other information;

        (3)  Cooperate with us in the investigation, settlement or defense of the claim or "suit"; and

        (4)  Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply

    d.  No insureds will, except at their own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent

Copyright, Insurance Services Office, Inc., 1982, 1988

Agency Code 23-0881-00

**3. Legal Action Against Us.**

No person or organization has a right under this Coverage Part:

**a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

**b.** To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured obtained after an actual trial; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**4. Other Insurance.**

If other valid and collectible insurance is available to the insured for a loss we cover under Coverage A or B of this Coverage Part, our obligations are limited as follows:

**a.** Primary Insurance

This insurance is primary except when b. below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in c. below.

**b.** Excess Insurance

This insurance is excess over any of the other insurance, whether primary, excess, contingent or on any other basis:

**(1)** That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

**(2)** That is Fire insurance for premises rented to you; or

**(3)** If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion g. of Coverage A (Section I)

When this insurance is excess, we will have no duty under Coverage A or B to defend any claim or "suit" that any other insurer has a duty to defend. If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

**(1)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

**(2)** The total of all deductible and self-insured amounts under all that other insurance.

We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**c.** Method of Sharing

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5. Premium Audit.**

**a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period. Audit premiums are due and payable on notice to the first Named Insured. If the sum of the advance and audit premiums paid for the policy term is greater than the earned premium, we will return the excess to the first Named Insured.

**c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**6. Representations.**

By accepting this policy, you agree:

**a.** The statements in the Declarations are accurate and complete;

**b.** Those statements are based upon representations you made to us; and

**c.** We have issued this policy in reliance upon your representations.

**7. Separation of Insureds.**

Except with respect to the Limits of Insurance and any rights or duties specifically assigned in this

Coverage Part to the first Named Insured, this in-
surance applies:

   **a.**  As if each Named Insured were the only Named
Insured; and

   **b.**  Separately to each insured against whom claim
is made or "suit" is brought.

**8.** **Transfer Of Rights Of Recovery Against Others To
Us.**

If the insured has rights to recover all or part of any
payment we have made under this Coverage Part,
those rights are transferred to us. The insured must
do nothing after loss to impair them. At our request,
the insured will bring "suit" or transfer those rights
to us and help us enforce them.

**9.** **When We Do Not Renew**

If we decide not to renew this Coverage Part, we will
mail or deliver to the first Named Insured shown in
the Declarations written notice of the nonrenewal
not less than 30 days before the expiration date.

If notice is mailed proof of mailing will be sufficient
proof of notice

## SECTION V—DEFINITIONS

**1.** "Advertising injury" means injury arising out of one
or more of the following offenses:

   **a.**  Oral or written publication of material that
slanders or libels a person or organization or
disparages a person's or organization's goods,
products or services;

   **b.**  Oral or written publication of material that vio-
lates a person's right of privacy;

   **c.**  Misappropriation of advertising ideas or style
of doing business; or

   **d.**  Infringement of copyright, title or slogan

**2.** "Auto means a land motor vehicle, trailer or semi-
trailer designed for travel on public roads, including
any attached machinery or equipment But "auto"
does not include "mobile equipment".

**3.** "Bodily injury" means bodily injury, sickness or di-
sease sustained by a person, including death re-
sulting from any of these at any one time.

**4.** "Coverage territory" means:

   **a.**  The United States of America (including its ter-
ritories and possessions), Puerto Rico and Ca-
nada;

   **b.**  International waters or airspace, provided the
injury or damage does not occur in the course
of travel or transportation to or from any place
not included in a above; or

   **c.**  All parts of the world if:

   **(1)**  The injury or damage arises out of:

      **(a)**  Goods or products made or sold by
you in the territory described in a
above; or

      **(b)**  The activities of a person whose home
is in the territory described in a. above,
but is away for a short time on your
business; and

   **(2)**  The insured's responsibility to pay dam-
ages is determined in a "suit" on the mer-
its, in the territory described in a. above or
in a settlement we agree to.

**5.** "Impaired property" means tangible property, other
than "your product" or "your work", that cannot be
used or is less useful because:

   **a.**  It incorporates "your product" or "your work"
that is known or thought to be defective, defi-
cient, inadequate or dangerous; or

   **b.**  You have failed to fulfill the terms of a contract
or agreement;

if such property can be restored to use by:

   **a.**  The repair, replacement, adjustment or removal
of "your product" or "your work"; or

   **b.**  Your fulfilling the terms of the contract or
agreement

**6.** "Insured contract" means:

   **a.**  A lease of premises;

   **b.**  A sidetrack agreement;

   **c.**  Any easement or license agreement except in
connection with construction or demolition op-
erations on or within 50 feet of a railroad;

   **d.**  An obligation, as required by ordinance, to in-
demnify a municipality, except in connection
with work for a municipality;

   **e.**  An elevator maintenance agreement;

   **f.**  That part of any other contract or agreement
pertaining to your business (including an in-
demnification of a municipality in connection
with work performed for a municipality) under
which you assume the tort liability of another
party to pay for "bodily injury" or "property
damage" to a third person or organization Tort
liability means a liability that would be imposed
by law in the absence of any contract or agree-
ment

An "insured contract" does not include that part of
any contract or agreement:

   **a.**  That indemnifies any person or organization for
"bodily injury" or "property damage" arising
out of construction or demolition operations,
within 50 feet of any railroad property and af-

fecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

**b.** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

    **(1)** Preparing, approving or failing to prepare or approve maps, drawings, opinions, reports, surveys, change orders, designs or specifications; or

    **(2)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage;

**c.** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in b above and supervisory, inspection or engineering services; or

**d.** That indemnifies any person or organization for damage by fire to premises rented or loaned to you

**7.** "Loading or unloading" means the handling of property:

**a.** After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

**b.** While it is in or on an aircraft, watercraft or| "auto '; or

**c.** While it is being moved from an aircraft, watercraft or 'auto" to the place where it is finally delivered;

but 'loading or unloading  does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto '

**8.** "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

**a.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

**b.** Vehicles maintained for use solely on or next to premises you own or rent;

**c.** Vehicles that travel on crawler treads;

**d.** Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

    **(1)** Power cranes, shovels, loaders, diggers or drills; or

    **(2)** Road construction or resurfacing equipment such as graders, scrapers or rollers;

**e.** Vehicles not described in a , b , c or d above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

    **(1)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

    **(2)** Cherry pickers and similar devices used to raise and lower workers;

**f.** Vehicles not described in a , b , c or d. above maintained primarily for purposes other than the transportation of persons or cargo

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

    **(1)** Equipment designed primarily for:

        **(a)** Snow removal;

        **(b)** Road maintenance, but not construction or resurfacing;

        **(c)** Street cleaning;

    **(2)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise and lower workers; and

    **(3)** Air compressors, pumps and generators, including spraying welding, building cleaning, geophysical exploration, lighting and well servicing equipment

**9.** "Occurrence' means an accident including continuous or repeated exposure to substantially the same general harmful conditions.

**10.** "Personal injury" means, other than "bodily injury", arising out of one or more of the following offenses:

**a.** False arrest, detention or imprisonment;

**b.** Malicious prosecution;

**c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies by or on behalf of its owner, landlord or lessor;

**d.** Oral or written publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services; or

Copyright, Insurance Services Office, Inc., 1982, 1988

Agency Code **23-0881-00**

   e.  Oral or written publication of material that violates a person's right of privacy.

**11** **a.** "Products-completed operations hazard" includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or 'your work" except:

    **(1)** Products that are still in your physical possession; or

    **(2)** Work that has not yet been completed or abandoned

  **b.** "Your work" will be deemed completed at the earliest of the following times:

    **(1)** When all of the work called for in your contract has been completed

    **(2)** When all of the work to be done at the site has been completed if your contract calls for work at more than one site

    **(3)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project

    Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed

  **c.** This hazard does not include "bodily injury" or "property damage" arising out of:

    **(1)** The transportation of property unless the injury or damage arises out of a condition in or on a vehicle created by the "loading or unloading" of it;

    **(2)** The existence of tools, uninstalled equipment or abandoned or unused materials;

    **(3)** Products or operations for which the classification in this Coverage Part or in our manual of rules includes products or completed operations.

**12.** "Property damage" means:

  **a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

  **b.** Loss of use of tangible property that is not physically injured. All such loss shall be deemed

to occur at the time of the "occurrence" that caused it.

**13.** "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage", "personal injury" or "advertising injury" to which this insurance applies are alleged. "Suit" includes:

  **a.** An arbitration proceeding in which such damages are claimed and to which you must submit or do submit with our consent; or

  **b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which you submit with our consent

**14.** "Your product" means:

  **a.** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

    **(1)** You;

    **(2)** Others trading under your name; or

    **(3)** A person or organization whose business or assets you have acquired; and

  **b.** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

"Your product" includes:

  **a.** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

  **b.** The providing of or failure to provide warnings or instructions

"Your product" does not include vending machines or other property rented to or located for the use of others but not sold.

**15.** "Your work" means:

  **a.** Work or operations performed by you or on your behalf; and

  **b.** Materials, parts or equipment furnished in connection with such work or operations.

"Your work" includes:

  **a.** Warranties or representations made at any time with|respect to the fitness, quality, durability, performance or use of "your work"; and

  **b.** The providing of or failure to provide warnings or instructions.

Copyright, Insurance Services Office, Inc., 1982, 1988

Agency Code  23-0881-00                                    Policy Number  852317-07021279

55029 (7-87)

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

## ABSOLUTE ASBESTOS EXCLUSION ENDORSEMENT

**THIS ENDORSEMENT MODIFIES INSURANCE PROVIDED UNDER THE COMMERCIAL GENERAL LIABILITY COVERAGE PART.**

No coverage is provided by this policy for any claim, suit, action or proceeding against the insured arising out of the discharge, dispersal, release, escape or inhalation of any asbestos related particle, dust, irritant, contaminant, pollutant, toxic element or material.

---

55050 (7-87)

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

## REINSTATEMENT OF THE GENERAL AGGREGATE LIMIT

It is agreed:

The following is added to SECTION III - LIMITS OF INSURANCE:

If the General Aggregate limit is exhausted, as a result of losses occurring during the policy period because of payment of judgments or settlements, we will reinstate that aggregate limit for losses occurring during the same policy period  We will reinstate such limit only once for each policy period.  Further, our liability:

1    with respect to any one occurrence, shall never exceed the aggregate limit; or

2    with respect to all occurrences during the policy period, shall never exceed two times the aggregate limit

---

55064 (7-87)

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

## MOTOR VEHICLE LAWS

**THIS ENDORSEMENT MODIFIES INSURANCE PROVIDED UNDER THE COMMERCIAL GENERAL LIABILITY COVERAGE PART.**

It is agreed the following is added to COMMERCIAL GENERAL LIABILITY CONDITIONS:

We will provide coverage:

1    up to the minimum required limits; and
2    subject to all the terms and conditions of the policy;

to comply with any motor vehicle insurance law to the extent such law applies to the "mobile equipment" covered by this coverage part.

All other terms and conditions of the policy apply.

Agency Code **23-0881-00**                                    Policy Number **852317-07021279**

---

55069 (1-88)

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY

## CONTRACTUAL COVERAGE AMENDATORY
## ENDORSEMENT

**THIS ENDORSEMENT MODIFIES INSURANCE PROVIDED UNDER THE COMMERCIAL GENERAL LIABILITY COVERAGE FORM.**

It is agreed:

Under Section I - COVERAGE A, Item 2 Exclusions:

Exclusion b is deleted and replaced by the following:

b    " Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement  This exclusion does not apply to liability for damages:

    (1)  Assumed in a contract or agreement that is an "insured contract".  However, if the insurance under this policy does not apply to the liability of the insured, it also does not apply to such liability assumed by the insured under an "insured contract".

    (2)  That the insured would have in the absence of the contract or agreement

All other terms and conditions of the policy apply

Agency Code 23-0881-00

Policy Number 852317-07021279

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.** 55118 (8-91)

# POLLUTION EXCLUSION ENDORSEMENT
# PERSONAL INJURY LIABILITY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

Under SECTION I - COVERAGES, COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY, 2 EXCLUSIONS, exclusion c. is added:

c. (1) "Personal injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of pollutants:

  (a) At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured;

  (b) At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

  (c) Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for any insured or any person or organization for whom you may be legally responsible; or

  (d) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations:

    (i) if the pollutants are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor; or

    (ii) if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of pollutants.

Subparagraphs (a) and (d) (i) do not apply to "personal injury" arising out of heat, smoke or fumes from a hostile fire

As used in this exclusion, a hostile fire means one which becomes uncontrollable or breaks out from where it was intended to be

(2) Any loss, cost or expense arising out of any:

  (a) Request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of pollutants; or

  (b) Claim or suit by or on behalf of a governmental authority for damages because of testing from, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of pollutants

Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

All other policy terms and conditions apply

Includes copyrighted material of Insurance Services
Office, Inc., with its permission
Copyright, Insurance Services Office, 1982, 1988

Agency Code 23-0881-00                                    Policy Number 852317-07021279

---

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

IL 00 21 11 85

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
## (Broad Form)

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS POLICY
COMMERCIAL AUTO COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
SPECIAL PROTECTIVE AND HIGHWAY LIABILITY POLICY NEW YORK DEPARTMENT OF TRANSPORTATION

1.  The insurance does not apply:

    A.  Under any Liability Coverage, to 'bodily injury"
        or "property damage:"

        (1)  With respect to which an "insured" under
             the policy is also an insured under a nu-
             clear energy liability policy issued by Nu-
             clear     Energy     Liability     Insurance
             Association, Mutual Atomic Energy Liability
             Underwriters, Nuclear Insurance Associ-
             ation of Canada or any of their successors,
             or would be an insured under any such
             policy but for its termination upon ex-
             haustion of its limit of liability; or

        (2)  Resulting from the "hazardous properties"
             of "nuclear material" and with respect to
             which (a) any person or organization is re-
             quired to maintain financial protection pur-
             suant to the Atomic Energy Act of 1954, or
             any law amendatory thereof, or (b) the 'in-
             sured" is, or had this policy not been is-
             sued would be, entitled to indemnity from
             the United States of America, or any agen-
             cy thereof, under any agreement entered
             into by the United State of America, or any
             agency thereof, with any person or organ-
             ization.

    B.  Under any Medical Payments coverage, to ex-
        penses incurred with respect to "bodily injury"
        resulting from the "hazardous properties" of
        "nuclear material" and arising out of the oper-
        ation of a "nuclear facility" by any person or
        organization.

    C.  Under any Liability Coverage, to "bodily injury"
        or "property damage" resulting from the "haz-
        ardous properties" of "nuclear material," if:

        (1)  The "nuclear material" (a) is at any "nu-
             clear facility" owned by, or operated by or
             on behalf of, an "insured" or (b) has been
             discharged or dispersed therefrom;

        (2)  The "nuclear material" is contained in
             "spent fuel" or "waste" at any time pos-
             sessed, handled, used, processed, stored,
             transported or disposed of by or on behalf
             of an "insured"; or

        (3)  The "bodily injury" or "property damage"
             arises out of the furnishing by an
             "insured" of services, materials, parts or
             equipment in connection with the planning,
             construction, maintenance, operation or
             use of any "nuclear facility," but if such fa-
             cility is located within the United States of
             America, its territories or possessions or
             Canada, this exclusion (3) applies only to
             "property damage" to such "nuclear
             facility" and any property thereat

2.  As used in this endorsement:

    "Hazardous properties" include radioactive, toxic
    or explosive properties;

    'Nuclear material" means 'source material," "Spe-
    cial nuclear material" or "by-product material;"

    "Source material," "special nuclear material," and
    "by-product material" have the meanings given
    them in the Atomic Energy Act of 1954 or in any law
    amendatory thereof;

    "Spent fuel" means any fuel element or fuel com-
    ponent, solid or liquid, which has been used or ex-
    posed to radiation in a "nuclear reactor;"

---

IL 00 21 11 85              Copyright, Insurance Services Office, Inc., 1983, 1984              Page 1 of 2

# COMMON POLICY CONDITIONS

IL 00 17 11 85

All Coverage Parts included in this policy are subject to the following conditions.

## A. CANCELLATION

1  The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2  We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a  10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b  30 days before the effective date of cancellation if we cancel for any other reason

3.  We will mail or deliver our notice to the first Named Insured's last mailing address known to us

4  Notice of cancellation will state the effective date of cancellation. The policy period will end on that date

5  If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund

6  If notice is mailed, proof of mailing will be sufficient proof of notice

## B. CHANGES

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

## C. EXAMINATIONS OF YOUR BOOKS AND RECORDS

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward

## D. INSPECTIONS AND SURVEYS

We have the right but are not obligated to:

1.  Make inspections and surveys at any time;

2.  Give you reports on the conditions we find; and

3  Recommend changes.

Any inspections, surveys, reports or recommendations relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

1  Are safe or healthful; or

2  Comply with laws, regulations, codes or standards

This condition applies not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations

## E. PREMIUMS

The first Named Insured shown in the Declarations:

1  Is responsible for the payment of all premiums; and

2  Will be the payee for any return premiums we pay

## F. TRANSFER OF YOUR RIGHTS AND DUTIES UNDER THIS POLICY

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property

Copyright, Insurance Services Office, 1982, 1983

AGENCY ƏƏƏƏƏƏƏƏƏƏ    POLICY ###############
!! ƏƏ
####################################
!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!
ƏƏƏƏƏƏƏƏƏƏƏƏƏƏƏƏƏƏƏƏƏƏƏƏƏƏƏƏƏƏƏƏƏƏƏƏ

13271 (3-95)

##########

BOX 30660, LANSING, MICHIGAN 48909-8160  •  517/323-1200
AUTO-OWNERS INSURANCE COMPANY
AUTO-OWNERS LIFE INSURANCE COMPANY
HOME-OWNERS INSURANCE COMPANY
OWNERS INSURANCE COMPANY
PROPERTY-OWNERS INSURANCE COMPANY
SOUTHERN-OWNERS INSURANCE COMPANY

!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!
ƏƏƏƏƏƏƏƏƏƏƏƏƏƏƏƏƏƏƏƏƏƏƏƏƏƏƏƏƏƏƏ
###############################
!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!
ƏƏƏƏƏƏƏƏƏƏƏƏƏƏƏƏƏƏƏƏƏƏƏƏƏƏƏƏƏƏƏ
###############################

Thank you for allowing Auto-Owners to handle your insurance needs.

Auto-Owners Insurance Group is financially sound with sufficient reserves to be ranked among the leaders in the industry for financial security. Our A++ (Superior) rating by the A.M Best Company signifies that we have the financial strength to provide the insurance protection you need

Feel free to contact your Auto-Owners agency with any questions you may have about your insurance needs

Your agency's phone number is !!!!!!!!!!!!!!! .

Auto-Owners Insurance - The "No Problem" People®

⌐ *Serving Our Policyholders and Agents for More Than 85 Years* ⌐



*Auto-Owners Insurance*

Life Home Car Business

*The 'No Problem' People®*

# *Tailored Protection Insurance Policy*

*Auto-Owners Insurance Company*

Insert Declarations Page (Part Two), form and Endorsements here so that edge butts against fold of Contract.

**POLICY NON-ASSESSABLE**

This policy is non-assessable and the premium stated in the Declarations is the only premium you will be asked to pay.

**PARTICIPATING**

You will be entitled to an equitable participation in Company funds in excess of an amount required to pay expenses and all the losses or claims or other policy obligations incurred, together with the reserve and surplus funds required or permitted by law. A distribution will be made only in accordance with the decision of our Board of Directors acting under the insurance laws and under our charter.

### NOTICE OF MEMBERSHIP AND ANNUAL MEETING

Because we are a mutual company this policy makes you a member of the Auto-Owners Insurance Company. You are entitled to vote, in person or by proxy, at all meetings. Our annual policyholder's meetings are held at our home office at Lansing, Michigan on the second Monday in May in each year at 10:00 A.M.

In witness whereof, we, the Auto-Owners Insurance Company, have caused this policy to be issued and to be duly signed by our President and Secretary.

Secretary

President

Don't fail to notify Company immediately of accident or loss covered by this policy.