# EXHIBIT "14"

IN THE UNTIED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 MAY -9 P 4: 22
P. HACKETT
DISTRICT COURT
MIDDLE DISTRICT AL.

| | |
|---|---|
| AUTO-OWNERS INSURANCE COMPANY, a mutual insurance company incorporated in the State of Michigan, ) ) ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | CIVIL ACTION NO.: 2:06-cv-123-MHT |
| JACK J. RUSCH, an individual; and BARBOUR COUNTY HISTORICAL PRESERVATION AUTHORITY, a corporation; ) ) ) ) ) | |
| Defendants. ) ) | |

## REQUEST FOR CLERK'S ENTRY OF DEFAULT OF DEFENDANT, JACK J. RUSCH

**COMES NOW**, Plaintiff, Auto-Owners Insurance, and requests the Clerk to enter the default of Defendant, Jack J. Rusch on the grounds that Defendant, Jack J. Rusch, was personally served with the summons and complaint for declaratory relief and judgment on April 12, 2006, and more than twenty (20) days have passed since service of the summons and complaint for declaratory relief and judgment, and Defendant, Jack J. Rusch, has failed to plead or otherwise defend as provided by the *Federal Rules of Civil Procedure*. This request is made pursuant to Rule 55(a) of the *Federal Rules of Civil Procedure* and is supported by the affidavit of Joel H. Pearson, one of the attorneys for Plaintiff, which is attached hereto as Exhibit "A".

Dated this the 9th day of May, 2006.

_____
ROGER S. MORROW (MOR032)

_____
JOEL H. PEARSON (PEA019)
Attorneys for Plaintiff
Auto-Owners Insurance Company

OF COUNSEL:

MORROW, ROMINE & PEARSON, P. C.
122 South Hull Street
P. O. Box 4804
Montgomery, Alabama 36103-4804
Telephone:  (334) 262-7707
Facsimile:   (334) 262-7742

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon the following by placing a copy of same in the United States mail, first class postage prepaid on this the _9th_ day of _May_____, 2006.

Hon. Walter Calton
Calton & Rutland, LLC
P.O. Box 696
Eufaula, Alabama 36027

Mr. Jack J. Rusch
462 County Road 75
Eufaula, Alabama 36027-6409

_____
Of Counsel

# EXHIBIT "A"

IN THE UNTIED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| AUTO-OWNERS INSURANCE COMPANY, a mutual insurance company incorporated in the State of Michigan,<br><br>Plaintiff,<br><br>v.<br><br>JACK J. RUSCH, an individual; and BARBOUR COUNTY HISTORICAL PRESERVATION AUTHORITY, a corporation;<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO.: 2:06-cv-123-MHT<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF JOEL H. PEARSON IN SUPPORT OF REQUEST FOR CLERK'S ENTRY OF DEFAULT

STATE OF ALABAMA        )

COUNTY OF MONTGOMERY    )

**BEFORE ME**, a Notary Public in and for said County and State, personally appeared **JOEL H. PEARSON**, who is known to me, and who, after first being duly sworn, did state as follows:

1.    My name is Joel H. Pearson and I am over the age of 21 years and a resident of the State of Alabama. This Affidavit is made in support of the request of Plaintiff, Auto-Owners Insurance Company (Auto-Owners), for the Clerk to enter the default of Defendant, Jack J. Rusch.

2. I am an attorney for Plaintiff, Auto-Owners Insurance Company (Auto-Owners), and I have personal knowledge of the facts set forth in this affidavit.

3. That Defendant, Jack J. Rusch, was personally served with the Summons and Complaint for Declaratory Relief and Judgment on April 12, 2006. A true, accurate and genuine copy of the return of service is attached hereto as Exhibit "1".

4. That more than twenty (20) days have passed since the date on which Defendant, Jack J. Rusch, was served with the Summons and Complaint for Declaratory Relief and Judgment and Defendant, Jack J. Rusch, has failed to answer, plead or otherwise defend as provided by the *Federal Rules of Civil Procedure*. The undersigned counsel for Plaintiff has not received an answer, motion, or any other pleading or defense from Defendant, Jack J. Rusch.

5. Defendant, Jack J. Rusch is neither an infant nor an incompetent nor is he engaged in military service.

6. That this affidavit is executed by affiant herein in accordance with Rule 55(a) of the *Federal Rules of Civil Procedure* for the purpose of enabling the Plaintiff to obtain the clerk's entry of the default of Defendant Jack J. Rusch for failure to answer, plead or otherwise defend as to the Plaintiff's Complaint for Declaratory Relief and Judgment.

7. I have read the above and foregoing affidavit of 3 (three) pages, including the signature page, and I certify that the facts contained therein are true and correct based on my personal knowledge of the facts of this case, as well as my personal knowledge of the procedural history of this litigation.

_____
JOEL H. PEARSON

STATE OF ALABAMA          )

COUNTY OF MONTGOMERY      )

Sworn to and subscribed to before me this 9th day of May, 2006.

_____
Notary Public

(SEAL)                    My Commission Expires: 11/24/2007

3

# EXHIBIT "1"

Case 2:06-cv-00123-MHT-CSC   Document 17   Filed 05/09/2006   Page 6 of 7
Case 2:06-cv-00123-MHT-CSC   Document 21-15   Filed 06/27/2006   Page 9 of 11
AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

MIDDLE _____ DISTRICT OF __ ALABAMA _____

AUTO-OWNERS INSURANCE COMPANY,
a mutual insurance company incorporated in
the State of Michigan,

        Plaintiff,

    v.

JACK J. RUSCH, an individual; and BARBOUR
COUNTY HISTORICAL PRESERVATION
AUTHORITY, a corporation,

        Defendants.

ALIAS

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 2:06-CV-123-MHT

TO: (Name and address of defendant)

Mr. Jack J. Rusch
462 County Road 75
Eufaula, AL 36027-6409

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Roger S. Morrow
Joel H. Pearson
MORROW, ROMINE & PEARSON, P.C.
P.O. Box 4804
Montgomery, AL 36103-4804

an answer to the complaint which is herewith served upon you, within _____Twenty (20)_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_                      _April 11, 2006_
CLERK                                                       DATE

_[signature]_
(BY) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 4-12-06 |
| NAME OF SERVER (PRINT) Connie Foster | TITLE Private Svr. |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 462 County Road 75 Coffee, Al.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   4-12-06
                Date

Signature of Server: Connie Foster

Address of Server: 182 Piney Road Circle

**RETURNED AND FILED**

APR 18 2006

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| AUTO-OWNERS INSURANCE COMPANY, a mutual insurance company incorporated in the State of Michigan,<br><br>  Plaintiff,<br><br>v.<br><br>JACK J. RUSCH, an individual; and BARBOUR COUNTY HISTORICAL PRESERVATION AUTHORITY, corporation;<br><br>  Defendants. | Civil Action No. 2:06-cv-123-MHT |

## ENTRY OF DEFAULT

It appearing that defendant Jack J. Rusch, was duly served with a copy of the summons and complaint on April 12, 2006, and said defendant has failed to answer or otherwise defend this action, as required by law, as set out in the application filed herein on May 9, 2006, by plaintiff's attorney.

DEFAULT is hereby entered against said defendant, Jack J. Rusch.

DONE THIS 16th day of May, 2006 .

/s/ Debra P. Hackett
_____
DEBRA P. HACKETT
CLERK, UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA